# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Adam Fox, Barry Croft, Ty Garbin, Kaleb Franks, Daniel Harris and Brandon Caserta<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         1:20-mj-416<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 2020 to the present  in the county of  Kent and elsewhere  in the Western District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RICHARD TRASK, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2020

*Judge's signature*

City and state: Grand Rapids, Michigan    Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*