UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

                Plaintiff,

                              DOCKET NO. 1:20-mj-416

vs.

ADAM FOX,

                Defendant.

_____/

TRANSCRIPT OF DETENTION HEARING

BEFORE UNITED STATES MAGISTRATE JUDGE SALLY J. BERENS

GRAND RAPIDS, MICHIGAN

October 16, 2020

Court Reporter:        Glenda Trexler
                            Official Court Reporter
                            United States District Court
                            685 Federal Building
                            110 Michigan Street, N.W.
                            Grand Rapids, Michigan 49503

Proceedings reported by audio recording, transcript produced by computer-aided transcription.

```
 1    A P P E A R A N C E S:

 2    FOR THE GOVERNMENT:

 3         MR. NILS R. KESSLER
           UNITED STATES ATTORNEY'S OFFICE
 4         330 Ionia Avenue, N.W.
           P.O. Box 208
 5         Grand Rapids, Michigan 49501-0208
           Phone:  (616) 456-2404
 6         Email:  Nils.Kessler@usdoj.gov

 7         MR. AUSTIN JACOB HAKES
           UNITED STATES ATTORNEY'S OFFICE
 8         330 Ionia Avenue, N.W.
           P.O. Box 208
 9         Grand Rapids, Michigan 49501-0208
           Phone:  (616) 456-2404
10         Email:  austin.hakes@usdoj.gov

11    FOR THE DEFENDANT FOX:

12         MS. HELEN C. NIEUWENHUIS
           FEDERAL PUBLIC DEFENDERS OFFICE
13         50 Louis Street, N.W., Suite 300
           Grand Rapids, Michigan 49503-2633
14         Phone:  (616) 742-7420
           Email:  Helen_nieuwenhuis@fd.org
15

16                        *   *   *   *   *

17

18

19

20

21

22

23

24

25
```

```
 1                                      Grand Rapids, Michigan
 2                                      October 16, 2020
 3                                      1:33 p.m.
 4                        P R O C E E D I N G S
 5          THE COURT:  All right.  We are back on the record for
 6   the bond hearing for Mr. Fox.
 7          Is the government ready to proceed?
 8          MR. KESSLER:  Yes, Your Honor.
 9          THE COURT:  And, Ms. Nieuwenhuis, how would your
10   client like to proceed?
11          MS. NIEUWENHUIS:  Your Honor, I've discussed this
12   with Mr. Fox, and I think for today's purposes we would be
13   waiving that hearing, and if circumstances change, we would ask
14   the Court to reconsider.
15          THE COURT:  Thank you, Ms. Nieuwenhuis.
16          MS. NIEUWENHUIS:  Uh-huh.
17          THE COURT:  All right.  Mr. Fox, did you understand
18   what your lawyer just said?
19          THE DEFENDANT:  Yes, ma'am.
20          THE COURT:  Do you understand that you have the right
21   to have a hearing on bond?
22          THE DEFENDANT:  Yes, ma'am.
23          THE COURT:  And at that hearing the government would
24   have to prove either by a preponderance of the evidence that no
25   condition or combination of conditions would reasonably assure
```

1  your appearance or by clear and convincing evidence that you're
2  a danger to the community.
3          Do you understand that?
4          *THE DEFENDANT:* I understand, ma'am.
5          *THE COURT:* All right. And is it your intention to
6  waive your right to that hearing today?
7          *THE DEFENDANT:* Yes, Your Honor, it is.
8          *THE COURT:* Did anyone threaten you with anything or
9  promise you anything to get you to give up your right to that
10 hearing?
11         *THE DEFENDANT:* No, Your Honor.
12         *THE COURT:* Is that a freewill choice by you?
13         *THE DEFENDANT:* Yes, Your Honor.
14         *THE COURT:* Well, I find that it is and that the
15 defendant is making a knowing and voluntary waiver of his right
16 to a bond hearing.
17         So what will happen next is you will be bound over
18 for proceedings before the grand jury. In the meantime
19 Ms. Nieuwenhuis will stay in contact with you and continue to
20 work with you regarding your case and you'll be held in
21 marshals custody pending further proceedings.
22         Do you understand?
23         *THE DEFENDANT:* Yes, ma'am.
24         *THE COURT:* And did you understand everything that
25 happened in court today?

1            *THE DEFENDANT:*  Yes, Your Honor.

2            *THE COURT:*  All right.  Then we will break for before
3    the next proceeding.

4            *THE CLERK:*  All rise, please.  Court is in recess.

5        *(Proceeding concluded at 1:34 p.m.)*

6                    *   *   *   *   *

7                           CERTIFICATE

8            I certify that the foregoing is a transcript from the
9    Liberty Court Recording System digital recording of the
10   proceedings in the above-entitled matter, transcribed to the
11   best of my ability.

12           I further certify that the transcript fees and format
13   comply with those prescribed by the court and the Judicial
14   Conference of the United States.

15

16   October 26, 2020

17

18                              /s/ Glenda Trexler
                                Glenda Trexler, CSR-1436, RPR, CRR
19

20

21

22

23

24

25