UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

ADAM DEAN FOX,

Defendant.

Case No.  1:20-cr-183

Hon.   Robert J. Jonker

**DEFENDANT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT**

Defendant _____ ADAM DEAN FOX, _____ , through his/her attorney, submits the following initial pretrial conference summary statement.

I.   DISCOVERY

☒  The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant     ☒ will     ☐ will not provide reciprocal discovery.

II.   TRIAL

The defendant requests a   ☒ jury     ☐ non-jury  trial.

III.   MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒  Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant.  Counsel will immediately advise the court if any such conflict becomes known.

☐  Counsel for defendant is aware of the following potential conflicts:

IV.   OBLIGATIONS

☒  Counsel for defendant acknowledges having reviewed the Obligations of Defense Counsel section available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.

Date _____ December 16, 2020 _____     _____ /s/ Helen C. Nieuwenhuis _____
Counsel for Defendant

(Rev. 03/01/2019)