UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

ADAM DEAN FOX

Defendant(s).

Case No. 1:20-cr-00183-RJJ

Hon. Robert J. Jonker

**<u>GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT</u>**

I. <u>DISCOVERY</u>

    A. <u>Statements</u> <u>of</u> <u>Defendant</u>

        1. <u>Oral Statements (Rule 16(a)(1)(A))</u>

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

-FBI Report of Custodial Interrogation (also audio/video recorded)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by January 15, 2021.

        2. <u>Written or Recorded Statements (Rule 16(a)(1)(B))</u>

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

-Audio recordings (covert surveillance)
-Audio/video recording of custodial interview
-Text messages, chats
-Audio/video recordings sent through social media

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by January 15, 2021.

B. Defendant's Prior Record (Rule 16(a)(1)(D))

- [ ] The Government has made due inquiry and is not aware of any prior criminal record.
- [x] The Government has disclosed defendant's prior criminal history.
- [ ] The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects (Rule 16(a)(1)(E))

- [ ] The Government has no documents, tangible objects, or physical evidence required to be disclosed.
- [x] The Government has the following documents, tangible objects, and physical evidence:
    - [x] Drug Paraphernalia
    - [ ] Drug Records
    - [ ] Inventory (attached)
    - [ ] Controlled Substances: ____
    - [ ] Records: ____
    - [x] Firearms: See returns on warrants listed below
    - [x] Other: Taser (from arrest); see also returns on warrants listed below
- [x] The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
    - [ ] State
    - [x] Federal:
        - Case No. 20-mj-411 (vehicle) Re: 20-mj-450 (phone)
        - Case No. 20-mj-412 (residence) Re: 20-mj-349, 392, 393, 394, 396 (ping)
        - Case No. 20-mj-453 (guns) Re: 20-mj-361 (Facebook)
- [ ] They have been made available for inspection and copying by defense counsel.
- [x] Defense counsel should make arrangements with: FBI Special Agent Richard Trask

D. Reports of Examinations and Tests (Rule 16(a)(1)(F))

- [ ] The Government has no reports of examinations or tests required to be disclosed by Rule 16.
- [x] The Government has or expects to have reports of the following examinations and tests:
    - [ ] Drug Analysis
    - [ ] Handwriting
    - [x] Fingerprints
    - [ ] DNA
    - [x] Firearms/Nexus
    - [x] Gun Operability
    - [x] Computer Forensics
    - [x] Other: 3D Rendering of Residence

E. Reciprocal Discovery

- [x] The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ___3 weeks___ .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:
To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date ___December 17, 2020___   ___Austin J. Hakes___
Counsel for the United States

(Rev. 03/01/2019)