UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM DEAN FOX,
TY GERARD GARBIN,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL–RAY CASERTA,

        Defendants.
_____/

Case No. 1:20–cr–183

Hon. Robert J. Jonker

**ORDER**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so.  Failing to do so in a timely manner may result in consequences including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt and/or disciplinary proceedings, and sanctions by the Court.

IT IS SO ORDERED.

Dated:   December 17, 2020        /s/ Sally J. Berens
                                                 UNITED STATES MAGISTRATE JUDGE