UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 No. 1:20-cr-183-RJJ

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
TY GERARD GARBIN,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS AND
BRANDON MICHAEL-RAY CASERTA,

    Defendants.                       **PENALTY SHEET**
_____/

**CHARGE**: Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years | [18 U.S.C. § 3583(b)(1)] |
| | Class A felony | [18 U.S.C. § 3559(a)(1)] |

Forfeiture

Date:  12/18/2020                              /s/ Nils R. Kessler
                                                               Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046