UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   File No: 1:20-CR-183

                                                     HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
    _____/

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

    Before the Court is defendant Brandon Michael-Ray Caserta's unopposed motion for ends of justice continuance of the final pretrial presently scheduled for March 10, 2021, and trial scheduled for March 23, 2021. ECF No. 145. The basis of the defendant's motion is the complexity of the case and the voluminous amount of discovery involved, as evidenced by the appointment of a discovery attorney. It appears once the full amount of discovery is received by the discovery attorney, it will take approximately 2-3 weeks to process the material into a usable format for defense counsel. In addition, defendants are facing a potential term of incarceration of up to life. All defendants have executed consents to adjourn. Counsel for the government do not oppose the request.

    The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendants in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **September 23, 2021 at 3:00 p.m.**  All motions shall be filed on or before **July 12, 2021**.  Jury trial is rescheduled to **October 12, 2021 at 8:30 a.m.**

Dated:     February 10, 2021                      /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE