UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,                                  No. 1:20-cr-183-RJJ

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS AND
BRANDON MICHAEL-RAY CASERTA,

                                      **SUPERSEDING INDICTMENT**
   Defendants.                        **PENALTY SHEET**
_____/

## ADAM DEAN FOX

**COUNT 1**:  Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583(b)(1)]<br>[18 U.S.C. § 3559(a)(1)] |

**FORFEITURE ALLEGATION**

**COUNT 2**:  Conspiracy to Use Weapon of Mass Destruction
[18 U.S.C. § 2332a(a)(2)(A) and (C); 18 U.S.C. § 921(a)(4)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 2332a(a)] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

## BARRY GORDON CROFT, JR.

**COUNT 1**:   Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583(b)(1)]<br>[18 U.S.C. § 3559(a)(1)] |

**FORFEITURE ALLEGATION**

**COUNT 2**:   Conspiracy to Use Weapon of Mass Destruction
[18 U.S.C. § 2332a(a)(2)(A) and (C); 18 U.S.C. § 921(a)(4)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 2332a(a)] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

**COUNT 3**:   Possession of an Unregistered Destructive Device
[26 U.S.C. §§  5861(d), 5841, 5871]

| | | |
|---|---|---|
| Imprisonment: | Not more than 10 years | [26 U.S.C. § 5871] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 3 years<br>Class C felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

## KALEB JAMES FRANKS

**COUNT 1**:   Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years | [18 U.S.C. § 3583(b)(1)] |
| | Class A felony | [18 U.S.C. § 3559(a)(1)] |

**FORFEITURE ALLEGATION**

**DANIEL JOSEPH HARRIS**

**COUNT 1**:   Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583(b)(1)]<br>[18 U.S.C. § 3559(a)(1)] |

**FORFEITURE ALLEGATION**

**COUNT 2**:   Conspiracy to Use Weapon of Mass Destruction
[18 U.S.C. § 2332a(a)(2)(A) and (C); 18 U.S.C. § 921(a)(4)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 2332a(a)] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years<br>Class A felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

**COUNT 3**:   Possession of an Unregistered Destructive Device
[26 U.S.C. §§  5861(d), 5841, 5871]

| | | |
|---|---|---|
| Imprisonment: | Not more than 10 years | [26 U.S.C. § 5871] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 3 years<br>Class C felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

**COUNT 4**:   Possession of an Unregistered Short-Barreled Rifle
[26 U.S.C. §§  5861(d), 5845(a)(3), 5871]

| | | |
|---|---|---|
| Imprisonment: | Not more than 10 years | [26 U.S.C. § 5871] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 3 years<br>Class C felony | [18 U.S.C. § 3583]<br>[18 U.S.C. § 3559(a)(3)] |

**FORFEITURE ALLEGATION**

## BRANDON MICHAEL-RAY CASERTA

**COUNT 1**:  Kidnapping Conspiracy [18 U.S.C. § 1201(c)]

| | | |
|---|---|---|
| Imprisonment: | Any term of years, up to life | [18 U.S.C. § 1201] |
| Fine: | Not more than $250,000 | [18 U.S.C. § 3571(b)(3)] |
| Supervised Release: | Not more than 5 years | [18 U.S.C. § 3583(b)(1)] |
| | Class A felony | [18 U.S.C. § 3559(a)(1)] |

**FORFEITURE ALLEGATION**

Date:  04/27/2021                                       /s/ Nils R. Kessler
                                                                    Counsel for the United States

Submitted in accordance with Admin. Order 17-MS-046