UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,	Case No. 1:20−cr−183

v.	Hon. Robert J. Jonker

ADAM DEAN FOX, et al.

_____/
    Defendants.

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been RESCHEDULED as set forth below:

| | |
|---|---|
| Motion(s): | Motions to Compel (ECF No. 225, 258) |
| Date/Time: | September 2, 2021   10:00 AM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

SALLY J. BERENS
U.S. Magistrate Judge

Dated:  August 26, 2021	By:  /s/ Julie Lenon
    Judicial Assistant