UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL–RAY CASERTA,

       Defendants.
_____/

Case No. 1:20–cr–183

Hon. Robert J. Jonker

## ORDER

    This matter is before the Court on Defendants' Unopposed Joint Motion for Subpoena Duces Tecum Directed to Twitter (ECF No. 317). Upon review of the motion and related filings, the motion (ECF No. 317) is granted. The United States Mashal shall serve the subpoena on Twitter, Inc.

    IT IS SO ORDERED.

Dated:  September 1, 2021

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge