UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,               Case No. 1:20-cr-183

v.                                Hon. Robert J. Jonker

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL-RAY CASERTA,

    Defendants.

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motions to Compel (ECF No. 225, 258) |
| Date/Time: | September 2, 2021   10:00 AM *(previously set for same date and time in Judge Quist's courtroom (499))* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

SALLY J. BERENS
U.S. Magistrate Judge

Dated:  September 1, 2021     By:   /s/ Jenny Norton
                                                 Courtroom Deputy