UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:20-cr-183

    HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

**ORDER**

On September 8, 2021, defendants filed a joint motion to continue all pending dates, including final pretrial and jury trial. ECF No. 331. The government shall file a response to the motion by **September 15, 2021**. A hearing on the motion is scheduled for **September 17, 2021 at 10:00 a.m.** Both counsel and defendants shall be present at the hearing.

The Rule 17.1 pretrial conference set for September 14, 2021, is cancelled.


Date:  September 9, 2021                /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE