UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　File No: 1:20-cr-183

　　　　　　　　　　　　　　　　　　　　　　HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

The parties were before the Court on today's date for a hearing on the defendants' motion for ends of justice continuance of the final pretrial presently scheduled for September 23, 2021, and trial scheduled for October 12, 2021.  ECF No. 331.  The defendants state they need additional time to review voluminous discovery; to receive transcripts of audio surveillance clips that have been sent to a transcriptionist; and to obtain a new expert in the area of military tactics.  In addition, an appeal of a Magistrate Judge's Order was recently filed. The government indicated that while it would not be seriously prejudiced by a continuance, it disagreed that a continuance was necessitated by government investigative or discovery practices.  Each defendant was questioned by their counsel, and all were in agreement with the continuance request.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendants in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered. The September 23 final pretrial and October 12 trial are **CANCELLED**, and will be reset in a subsequent Order.

Date:   September 17, 2021                    /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         CHIEF UNITED STATES DISTRICT JUDGE