UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           File No: 1:20-cr-183

                                                              HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

## ORDER

    Defendant Kaleb Franks has filed an Appeal of Magistrate Judge's Order Denying Motion to Compel.  ECF No. 343.  Responses shall be filed by **October 1, 2021**.

Date:    September 17, 2021                    /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE