UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:20-cr-183

    HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

## ORDER SETTING DATES

1. Defense motions in limine regarding admission of out-of-court statements of defendants (or others) from proposed transcriptions of recorded conversations shall be filed by **December 17, 2021**.

    The government shall file responses to the motions in limine by **January 7, 2022**.

    A hearing on pending motions in limine is scheduled for **January 18, 2022 at 10:00 a.m.**

2. All other motions shall be filed by **January 14, 2022**.

3. Expert disclosure deadline for all parties' testifying experts is **February 4, 2022**.

4. Provisional status conferences are scheduled for **October 28, 2021 at 10:00 a.m.** and **November 23, 2021 at 10:00 a.m.**

    The Court anticipates that logistical matters, not substantive issues, will be discussed at the status conferences. Accordingly, it will not be necessary for the defendants to be present.[1] The Court (through its Case Manager) will consult with counsel ahead of each status conference to make a final determination on whether the conference

---

[1] *See United States v. Ushery,* 785 F.3d 210, 222-23 (6th Cir. 2015). *See also United States v. McChesney,* 871 F.3d 801, 808-09 (9th Cir. 2017); *United States v. Astacio-Espino*, 748 F. Supp. 2d 131 (D. Puerto Rico 2010).

      would be appropriate and helpful given case developments at that time, and if so, whether defendants should be present in addition to counsel.

5.       The final pretrial conference is scheduled for **February 18, 2022 at 10:00 a.m.** Jury trial is scheduled for **March 8, 2022 at 8:30 a.m.**

      **IT IS SO ORDERED**.


Date:   September 20, 2021          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE