UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
    _____/

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

## NOTICE

After consultation with all counsel of record, the Court sees no need for the October 28, 2021, provisional status conference and therefore removes the same from the calendar. The next provisional status conference is scheduled for November 23, 2021.

Date:  October 25, 2021        /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE