UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**UNITED STATES OF AMERICA**
        Plaintiff,      Case No. 1:20-cr-00183-RJJ

                              Hon. Robert J. Jonker

v.

**ADAM DEAN FOX,**
**BARRY CROFT,**
**DANIEL HARRIS,**
**BRANDON CASERTA,** and
**KALEB FRANKS**
        Defendants.

---

## CERTIFICATE OF CONCURRENCE PURSUANT TO LCrR 12.4

Pursuant to LCrR 12.4, Defense Counsel states that he emailed AUSA Nils Kessler on December 16, 2021 seeking concurrence in this motion and AUSA Kessler replied that "the government does not concur in the motion."

                                              Respectfully submitted:

Dated: December 18, 2021        /s/ Joshua A. Blanchard
                                             Joshua A. Blanchard (P72601)
                                             BLANCHARD LAW
                                             309 S. Lafayette St Ste 208
                                             PO Box 938
                                             Greenville, MI 48838
                                             josh@blanchard.law