THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL-RAY CASERTA,

      Defendants.

Case No. 1:20-CR-183

Hon. Robert J. Jonker
Chief U.S. District Court Judge

**CERTIFICATE REGARDING MOTION CONCURRENCE**

Pursuant to L. Crim. R. 12.4, counsel sought concurrence with AUSA Nils Kessler regarding Defendants' Motion for Extension of Time in Which to File Pretrial Motions Based on the Most Recent Rule 16 Discovery Disclosure by the Government. Mr. Kessler indicated by email that the government opposes the relief requested in Defendants' motion.

Date:  December 31, 2021    **SCOTT GRAHAM PLLC**

        By:  /s/ Scott Graham
            Scott Graham
            Attorney for Defendant Franks
        Business Address:
            1911 West Centre Avenue, Suite C
            Portage, Michigan 49024
            (269) 327.0585