IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No 1:20-CR-183-RJJ |
| Plaintiff, | HON. ROBERT J. JONKER<br>Chief U.S. District Court Judge |
| V | |
| ADAM DEAN FOX,<br>BARRY GORDON CROFT, JR.,<br>KALEB JAMES FRANKS,<br>DANIEL JOSEPH HARRIS, and<br>BRANDON MICHAEL-RAY CASERTA. | |
| Defendants. | |

### DEFENDANT ADAM FOX'S MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO ADMIT OUT-OF-COURT STATEMENTS

NOW COMES the Defendant, Adam Dean Fox, by and through counsel, Christopher M. Gibbons, of the law office of GIBBONS & BOER, and moves this Court for leave to file the attached Reply to the Government's Response to Defense Motion to Admit Out-of-Court Statements, Page ID #2720-2751.  Under Local Rule of Criminal Procedure 47.2(c), the Court has the discretion to permit further briefing.  Given the importance of the issues presented in the original motion, a Reply to the Government's Response would clarify factual and legal matters that are important to the manner in which the trial will be conducted.

Dated: January 10, 2022.  By: */s/ Christopher M. Gibbons*
Christopher M. Gibbons
Attorney for Adam Fox

Business Address:
2404 Eastern Ave, SE
Grand Rapids, MI  49507
(616) 460-1587
cgibbons0003@gmail.com

**IT IS SO ORDERED.**

_____
Robert J. Jonker
Chief U.S. District Court Judge