UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      CASE NO. 1:20-cr-183

v.

                                      HON. ROBERT J. JONKER

ADAM DEAN FOX, et al.,

    Defendants.
_____/

## ORDER TO RESPOND

On today's date, the government filed a motion for mental evaluation as to defendant Franks. ECF No. 423. Responses to the motion shall be filed not later than **January 28, 2022**.

Dated:   January 25, 2022        /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE