UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:20-cr-183

    HON. ROBERT J. JONKER

KALEB JAMES FRANKS,

    Defendant.
_____/

## ORDER

    The government has filed a motion to remove its response to Defendant Franks' Motion to Compel as it inadvertently contained internal editing comments. ECF No. 429. Counsel for Defendant Franks has no objection to the motion. ECF No. 430.

    The Clerk of the Court is instructed to place ECF No. 427 under restricted access, with access only to counsel for defendants and the Court. The government shall then file a corrected version on the record.

Dated:   January 26, 2022        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE