UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL-RAY CASERTA,

    Defendants.

Docket No. 1:20-cr-183

Hon. Robert J. Jonker
Chief United States District Judge

## NOTICE REGARDING EXPERT TESTIMONY

Defendant Adam Dean Fox, by and through counsel, provides notice pursuant to this Court's Order entered on September 20, 2020 (ECF No. 347), that he may call the following witnesses in his case-in-chief. Their curriculum vitaes are attached.

1. <u>Forensic Data Examiner Adam V. Kelly, Data Exam, LLC</u>

Adam V. Kelly is a forensic examiner providing expert opinion and consultation in matters relating to the data and digital information contained on computers, cellular phones, and other electronic devices. Mr. Kelly will testify as to, and interpret the digital information and data contained on the cell phones the Government has ascribed to Mr. Fox.

2. <u>Amy Cooter, Phd, Vanderbilt University, Department of Sociology</u>

Dr. Cooter is an educator and lecturer in the field of sociology and has specialized experience and knowledge in matters relating to the American Patriot/Militia movement and culture. Dr. Cooter will testify to the nature and state of the current social conditions and circumstances relating to the

prevalence and characteristics of militia culture, which are, in part, the context in which the conspiracies alleged by the Government arise.

      3.   <u>Patrick (Ed) Buckley, former Supervisory Special Agent, FBI</u>

Mr. Buckley has thirty-five years' experience working as a Special Agent in undercover investigations, both as a working case agent and in a supervisory capacity.  Mr. Buckley will testify to best practices the supervision and management of Confidential Human Source activity by Special Agents assigned to an investigation, threat assessment, and related issues.

Dated: February 4, 2022.          By:   *Christopher M. Gibbons*
                                                    Christopher M. Gibbons
                                                    Attorney for Adam Dean Fox

BUSINESS ADDRESS:
GIBBONS & BOER
2404 Eastern Ave., SE
Grand Rapids, MI 49507
(616) 460-1587
cgibbons0003@gmail.com