UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      No. 1:20-cr-183

v.                                Hon. Robert J. Jonker
                                       Chief U.S. District Judge

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

## ORDER PERMITTING FIREARMS IN THE COURTHOUSE

Upon motion of the United States,

IT IS SO ORDERED that an agent of the Federal Bureau of Investigation is permitted to bring the requested firearms into the courthouse until the conclusion of the trial.

Dated: February 18, 2022            /s/ Robert J. Jonker
                                         HON. ROBERT J. JONKER
                                         Chief United States District Judge