IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

           Plaintiff,

V

ADAM FOX, et al.

           Defendants.

Case No 1:20-CR-183-RJJ

HON. ROBERT J. JONKER

## MOTION FOR JOINDER

Now Comes Defendant Adam Fox, by and thorough Counsel, Christopher M. Gibbons of the Law Offices of Gibbons & Boer, and moves the court to Join the following:

1. Mr. Harris request for relief in ECF 497 Page ID 3828-3832.

Defendant Fox respectfully requests that he be permitted to participate in any hearings on these issues and that he be permitted to submit additional memoranda if invited by the Court.

Dated February 26, 2022

Respectfully Submitted,

/S/Christopher M. Gibbons  
GIBBONS & BOER  
Christopher M. Gibbons  
2404 Eastern Ave SE  
Grand Rapids MI 49507  
616-460-1587  
cgibbons0003@gmail.com