UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             No. 1:20-cr-183

v.                                           Hon. Robert J. Jonker
                                               Chief U.S. District Judge

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

       Defendants.
_____/

## GOVERNMENT'S REVISED PROPOSED EXHIBIT LIST

The government submits the revised proposed exhibit list included below. The government respectfully requests the opportunity to offer additional exhibits and renumber exhibits, if necessary.

| | |
|---|---|
| 1. | Facebook certification of records |
| 2. | January 2020 Fox Facebook photo |
| 3. | March 2020 Fox Facebook video |
| 4. | April 2020 Croft Facebook post |
| 5. | Picture of Fox at Michigan Capitol |
| 6. | April 2020 Fox Facebook video |
| 7. | Picture of Wolverine Watchmen |
| 8. | |
| 9. | May 1, 2020 Wire chat |
| 10. | May 1, 2020 Wire chat |
| 11. | May 2020 Croft Facebook chat |
| 12. | May 2020 Croft Facebook chat |
| 13. | May 2020 Croft Facebook chat |
| 14. | May 2020 Croft Facebook voice message |
| 15. | May 2020 Croft Facebook voice message |
| 16. | May 2020 Croft Facebook chat |
| 17. | May 12, 2020 Fox Facebook video |
| 18. | May 16, 2020 Fox Facebook post |
| 19. | May 16, 2020 Harris Facebook message |
| 20. | May 19, 2020 Fox Facebook voice message |
| 21. | May 22, 2020 Facebook post |
| 22. | May 29, 2020 Fox Facebook video |

23. May 30, 2020 Fox Facebook voice message
24. May 31, 2020 Fox Facebook voice message
25. June 2, 2020 Fox Facebook voice message
26. June 3, 2020 recording
27. June 3, 2020 recording
28. June 3, 2020 recording
29. June 3, 2020 recording
30. June 3, 2020 recording
31. June 4, 2020 Fox Facebook video
32. June 4, 2020 Croft Facebook post
33. June 5, 2020 Fox Facebook post
34. June 6, 2020 recording
35. June 6, 2020 recording
36. June 6, 2020 recording
37. June 6, 2020 recording
38. 
39. June 6, 2020 recording
40. June 6, 2020 recording
41. June 6, 2020 recording
42. Picture of Croft and Fox
43. June 8, 2020 Fox Facebook message
44. June 8, 2020 Fox Facebook voice message
45. June 8, 2020 Fox Facebook voice message
46. June 8, 2020 Fox Facebook voice message
47. June 8, 2020 Fox Facebook video
48. Facebook photo of Croft
49. Facebook photo of Croft
50. June 9, 2020 Croft Facebook chat
51. June 9, 2020 Fox Facebook video
52. June 9, 2020 Croft Facebook voice message
53. June 10, 2020 Fox Facebook voice message
54. June 10, 2020 Fox Facebook voice message
55. June 13, 2020 Fox Facebook voice message
56. Training schedule
57. June 14, 2020 recording
58. June 18, 2020 picture of Fox
59. June 18, 2020 picture of Harris
60. Vac Shack picture
61. Vac Shack picture
62. Vac Shack picture
63. Digital scan video of Vac Shack
64. June 20, 2020 recording
65. June 20, 2020 recording
66. June 20, 2020 recording
67. 
68. June 21, 2020 Fox Facebook voice message

| | |
|---|---|
| 69. | June 25, 2020 Fox Facebook video |
| 70. | June 27, 2020 Fox Facebook video |
| 71. | June 29, 2020 Facebook message |
| 72. | July 3, 2020 recording |
| 73. | July 3, 2020 recording |
| 74. | July 3, 2020 recording |
| 75. | July 3, 2020 recording |
| 76. | July 3, 2020 recording |
| 77. | July 7, 2020 recording |
| 78. | Typed codewords |
| 79. | |
| 80. | July 7, 2020 recording |
| 81. | July 10, 2020 recording |
| 82. | July 10, 2020 recording |
| 83. | July 10, 2020 recording |
| 84. | July 10, 2020 recording |
| 85. | July 10, 2020 recording |
| 86. | July 10, 2020 recording |
| 87. | July 10, 2020 recording |
| 88. | Dino's picture |
| 89. | July 11, 2020 picture at Cambria FTX |
| 90. | |
| 91. | Picture of Croft with Boogaloo flag |
| 92. | July 11, 2020 recording |
| 93. | July 11, 2020 recording |
| 94. | July 11, 2020 recording |
| 95. | Picture of Croft with tactical gear |
| 96. | July 11, 2020 recording |
| 97. | July 11, 2020 picture of IED |
| 98.1 | July 11, 2020 video of IED |
| 98.2 | July 11, 2020 video of IED |
| 99. | July 11, 2020 video |
| 100. | July 11, 2020 recording |
| 101. | July 11, 2020 recording |
| 102. | July 11, 2020 recording |
| 103. | July 11, 2020 video at Cambria FTX |
| 104. | July 11, 2020 video at Cambria FTX |
| 105.1 | July 11, 2020 video at Cambria FTX |
| 105.2 | July 11, 2020 video at Cambria FTX |
| 106. | July 12, 2020 recording |
| 107. | July 12, 2020 recording |
| 108. | July 12, 2020 recording |
| 109. | July 12, 2020 recording |
| 110. | July 12, 2020 recording |
| 111. | Sign-in sheet |
| 112. | July 14, 2020 recording |

113. July 18, 2020 recording
114. July 17, 2020 Croft Facebook messages
115. July 18, 2020 recording
116. July 18, 2020 recording
117.
118. July 19, 2020 Wire chat
119. July 19, 2020 Wire chat
120. July 22, 2020 Fox Facebook message
121. July 23, 2020 recording
122. July 24, 2020 recording
123. July 24, 2020 recording
124. July 26, 2020 Fowlerville FTX video
125. July 26, 2020 Fowlerville FTX video
126. July 26, 2020 Fowlerville FTX video
127. July 27, 2020 recording
128. July 27, 2020 recording
129. July 28, 2020 Franks and Caserta Facebook messages
130. August 1, 2020 Garbin video
131. August 1, 2020 recording
132. August 2, 2020 recording
133. August 4, 2020 recording
134. Luther video
135. Picture of tire wall
136. Picture of tire wall
137. August 9, 2020 Facebook chat
138. August 9, 2020 recording
139. August 9, 2020 recording
140.
141. August 9, 2020 Wire chat
142. August 10, 2020 Wire chat
143.
144.
145. August 10, 2020 Wire chat
146. August 14, 2020 Wire chat
147.
148. August 14, 2020 Wire chat
149. End of shotgun
150.
151. July 19, 2020 Signal chat
152. August 16, 2020 recording
153. August 16, 2020 recording
154. August 16, 2020 Signal chat
155.
156. August 17, 2020 Signal chat
157.
158. August 17, 2020 recording

159. August 17, 2020 recording
160. August 17, 2020 recording
161.
162. August 18, 2020 recording
163. August 19, 2020 Wire chat
164. August 21, 2020 Wire chat
165. August 23, 2020 recording
166. August 23, 2020 recording
167. August 23, 2020 recording
168. August 23, 2020 recording
169. August 23, 2020 recording
170. August 23, 2020 Threema chat
171. August 23, 2020 Threema chat
172. August 28, 2020 Wire chat
173. August 29, 2020 picture of truck at Governor's house
174. August 29, 2020 picture of Governor's house
175. August 30, 2020 Wire chat
176.
177.
178. August 30, 2020 picture of Governor's house
179.
180.
181. August 30, 2020 picture of Governor's house
182.
183.
184.
185.
186.
187. Fox's map
188. Notebook with map
189. Photograph of map in notebook
190. Slow motion video of Governor's house
191. August 29, 2020 photograph of Fox at lake
192. August 29, 2020 photograph of Fox at boat launch
193. August 29, 2020 photograph of truck at police station
194. August 29, 2020 recording
195. August 29, 2020 recording
196. August 29, 2020 recording
197. August 29, 2020 recording
198. August 29, 2020 recording
199. August 29, 2020 recording
200. August 29, 2020 recording
201. August 29, 2020 recording
202. Red Bull Tavern picture
203.
204. August 29, 2020 video of Fox

205.
206.
207.
208.   September 4, 2020 Threema chat
209.
210.   September 4, 2020 Threema chat
211.
212.
213.   September 4, 2020 Threema chat
214.
215.   September 7, 2020 recording
216.   September 7, 2020 recording
217.   September 7, 2020 recording
218.   September 7, 2020 recording
219.   September 11, 2020 recording
220.   September 11, 2020 recording
221.   September 2020 recording of Harris and Garbin
222.   September 11, 2020 recording
223.   September 11, 2020 recording
224.   September 12, 2020 explosion video
225.   September 12, 2020 explosion video
226.   September 12, 2020 recording
227.   September 12, 2020 recording
228.   September 12, 2020 recording
229.   September 12, 2020 recording
230.   September 12, 2020 picture of Fox
231.   Digital scan video of bridge
232.   Picture of bridge
233.   Picture of Fox under bridge
234.
235.   Picture of VFW
236.   Picture of boat launch
237.
238.   Map
239.   Recreation of night-vision signaling
240.   September 12, 2020 training video
241.
242.   September 12, 2020 dash cam video
243.   September 12, 2020 dash cam video
244.   September 12, 2020 recording
245.   September 12, 2020 recording
246.
247.   September 12, 2020 video
248.   September 12, 2020 recording
249.   September 12, 2020 recording
250.   September 12, 2020 recording

251. September 12, 2020 recording
252. September 12, 2020 recording
253. September 12, 2020 recording
254. September 13, 2020 recording
255. September 13, 2020 recording
256. September 13, 2020 recording
257. September 13, 2020 recording
258. September 13, 2020 recording
259.
260. September 13, 2020 recording
261. Firework picture
262. September 13, 2020 recording
263. September 13, 2020 recording
264. September 13, 2020 recording
265. September 15, 2020 Caserta video
266. September 17, 2020 Threema chat
267. September 17, 2020 Threema chat
268. September 17, 2020 Threema chat
269. September 19, 2020 recording
270. September 19, 2020 recording
271. September 19, 2020 recording
272. September 21, 2020 Wire chat
273. September 21, 2020 Caserta Facebook message
274. September 29, 2020 Caserta video
275. September 30, 2020 Caserta video
276. September 30, 2020 recording
277. September 30, 2020 recording
278. September 30, 2020 recording
279. October 2, 2020 Threema chat
280.
281. October 2, 2020 Threema chat
282. October 3, 2020 Threema chat
283. October 2, 2020 taser video
284.
285. October 7, 2020 Caserta video
286. Picture of Confederate flag
287. Picture of Confederate flag
288. Confederate flag
289. Handwritten cypher code
290. Black tape
291. Pennies and frag
292. Metal staples
293. Electrical tape
294. Paper targets
295. Firework
296. Gun

297. Polymer 80 shipping boxes
298. Fireworks mortar launcher
299. Night vision goggles
300. Tactical kit
301. Helmet
302. 
303. Caserta's Hawaiian shirt
304. Picture of zip ties
305. Zip ties
306. Picture of white board
307. Picture of closet
308. Notebook
309. Picture of bag
310. Picture of gear
311. Picture of books
312. Picture of gun
313. Picture of gun
314. Picture of gun
315. Picture of gun
316. Assault rifle
317. Glock Model 17 Gen 5 pistol
318. Picture of flag
319. Picture of supply list, cipher, book
320. Picture of magazines and holsters
321. Picture of plate carrier
322. Picture of ammunition
323. Hawaiian shirt
324. Cell phone
325. Plate carrier
326. Tactical belt
327. Flag
328. Picture of tactical belt
329. Picture of work locker
330.1 October 7, 2020 video of Croft interview - part #1
330.2 October 7, 2020 video of Croft interview – part #2
331. Picture of fireworks receipt
332. Picture of patches
333. Tri-corner hat
334. Bag
335. Hawaiian shirt
336. Glock Model 20 Gen 4 10mm pistol
337. Standard Manufacturing 12-gauge shotgun
338. Firework
339. Red bag and contents
340. 
341. Picture of red bag

342. Picture of contents of red bag
343. Picture of cipher
344. Picture of shotgun and fireworks
345. Picture of smokeless powder
346. Picture of BBs
347. Picture of smokeless propellant
348. Picture of exploding targets
349. Picture of bag from truck
350. Picture of 10mm Glock with extended magazine
351. Picture of Hawaiian shirt
352. Picture of Croft identification in tri-corner hat
353. Picture of bag from truck
354. Picture of bag from truck
355. Picture of bag from truck
356. Picture of bag from truck
357. Extraction from Croft phone – vote meme
358. Extraction from Croft phone – shotgun
359. Extraction from Croft phone – knives
360. Extraction from Croft phone – message
361. Extraction from Croft phone – message
362. Extraction from Croft phone – message
363.
364.
365. Fox's iphone
366. Stun gun
367. Forias Taurus 9mm pistol
368. Palmetto Model PA-15 rifle
369. Hawaiian shirt
370. Picture of kit and boots
371. Picture of weapons
372. Picture of kit
373. Helmet
374. Vest
375. U.S. currency
376. Picture of knives, plans, pistol
377. Handwritten notes
378. Belt
379. Picture of backpack
380. Backpack and contents
381. Picture of plate carrier
382. Picture of plate carrier
383. Picture of rifle
384. Picture of backpack contents
385. Picture of backpack contents
386. Picture of backpack contents
387. Picture of Hawaiian shirt

| | |
|---|---|
| 388. | Picture of red tactical bag and magazines |
| 389. | Picture of M4 |
| 390. | Picture of Hawaiian shirt |
| 391. | Picture of tactical belt |
| 392. | Tactical belt |
| 393. | Glock 19 pistol |
| 394. | Aero Precision, LLC Model M4E1 rifle with suppressor |
| 395. | Plate carrier |
| 396. | Hawaiian shirt |
| 397. | Night-vision goggles |
| 398. | Polymer 80 Ghost guns |
| 399. | |
| 400. | Ghillie suit |
| 401. | Anderson Manufacturing 15 short-barreled rifle |
| 402. | Notebooks |
| 403. | U.S. currency |
| 404. | Holster |
| 405. | Cell phone |
| 406. | Helmet |
| 407. | Notes from notebook |
| 408. | Screenshot from Harris' phone |
| 409. | Plate carrier |
| 410. | Backpack |
| 411. | Tactical belt |
| 412. | Picture of short-barreled rifle |
| 413. | Picture of short-barreled rifle |
| 414. | Picture of Glock pistol |
| 415. | Picture of Glock pistol |
| 416. | Harris chat screenshot |
| 417.1 | Video of Governor's residence |
| 417.2 | Video of Governor's residence |
| 418. | Picture of Fox |
| 419. | Six map screenshots from Fox's phone |
| 420. | Business card screen capture from Fox's phone |
| 421. | Video of Fox from cell extraction |
| 422. | Summary of chat messages |
| 423. | Garbin picture |
| 424. | Caserta picture |
| 425. | Croft picture |
| 426. | Fox picture |
| 427. | Franks picture |
| 428. | Harris picture |
| 429. | Croft's cell phone |
| 430. | Firearm |
| 431. | Harris video |
| 432. | Harris video |

Case 1:20-cr-00183-RJJ   ECF No. 531,  PageID.4138   Filed 03/08/22   Page 11 of 11

433. U.S. currency
434. Cell phone
435. Fox video
436. August 28, 2020 Wire message from Fox
437. Fox Facebook image
438. III% Facebook image
439. Picture of contents of red bag from Croft's home
440. May 7, 2020 Croft Facebook post
441. June 6, 2020 recording
442.
443. September 19, 2020 Threema chat
444. Fox Facebook messages
445. FBI recreation of explosion (regular speed)
446. FBI recreation of explosion (slow)
447. Picture of firework
448. Target silhouette
449. August 28, 2020 Wire message from Fox
450. Picture of Harris' rifle
451. Glock 29
452. Fox's business card
453. M1938 Russian 7.62 x 54R rifle
454. Cell phone

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: March 8, 2022

/s/ *Jonathan Roth*
JONATHAN ROTH
NILS R. KESSLER
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404