```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                FOR THE WESTERN DISTRICT OF MICHIGAN

 3                           SOUTHERN DIVISION

 4       UNITED STATES OF AMERICA,

 5                  Plaintiff,           No:  1:20cr183-1/2/5/6

 6         vs.

 7       ADAM DEAN FOX,
         BARRY GORDON CROFT, JR.,
 8       DANIEL JOSEPH HARRIS and
         BRANDON MICHAEL-RAY CASERTA,
 9
                   Defendants.
10

11
         Before:
12
                        THE HONORABLE ROBERT J. JONKER
13                            U.S. DISTRICT Judge
                              Grand Rapids, Michigan
14                         Wednesday, March 9, 2022
                        Excerpt of Jury Trial Proceedings
15                            Opening Statements

16       APPEARANCES:

17                     MR. ANDREW BIRGE, U.S. ATTORNEY
                       By:  MR. NILS R. KESSLER
18                     MR. JONATHAN C. ROTH
                       The Law Building
19                     333 Ionia Avenue, NW
                       Grand Rapids, MI 49501-0208
20                     (616) 456-2404

21                           On behalf of the Plaintiff;

22                     MR. CHRISTOPHER M. GIBBONS
                       MS. KAREN M. BOER
23                     Dunn Gibbons PLC
                       125 Ottawa Avenue, NW, Suite 230
24                     Grand Rapids, MI 49503-2865
                       (616) 336-0003
25
                             On behalf of Defendant Fox.
```

1

2          JOSHUA ADAM BLANCHARD
           Blanchard Law
3          309 South Lafayette Street, Suite 208
           P.O. 938
4          Greenville, MI 48838-1991

5                    On behalf of Defendant Croft, Jr.

6          JULIA ANNE KELLY
           Willey & Chamberlain LLP
7          300 Ottawa Avenue NW Suite 810
           Grand Rapids, MI 49503-2314
8          (616) 458-2212

9                    On behalf of Defendant Harris.

10         MICHAEL DARRAGH HILLS
           Hills at Law PC
11         425 South Westnedge Avenue
           Kalamazoo, MI 49007-5051
12         (269) 373-5430

13                   On behalf of Defendant Caserta.

14    REPORTED BY:  MR. PAUL G. BRANDELL, CSR-4552, RPR, CRR

15

16

17

18

19

20

21

22

23

24

25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MR. ROTH:  Good morning.  All it's going to take is one state to burn out and hang its governor and then those dominos will start to fall.  That was Barry Croft's call to action in April of 2020.  Adam Fox accepted and began plotting to kidnap the governor of Michigan.  He said the whole point of this is we are sending a message to them that if we can get her we can get you.  Needing the manpower for the kidnapping they recruited a militia of which Brandon Caserta and Daniel Harris were members.  They were going to break into the governor's home and kidnap her at gunpoint.  They would hog tie her and take her away.  They planned to blow up a nearby bridge to stop police from responding.

This was not just talk.  Their actions were louder than and just as disturbing as their words.  It is their actions that show you how serious they were about doing this.  They performed reconnaissance at her house twice.  They gathered the gear they would need to break into her home and violently kidnap her.  Guns, ammunition, flex cuffs, explosives.  But it was when they were trying to buy the bomb that they needed to blow up the bridge near the governor's home that investigators stepped in and stopped the tragedy that the Defendants promised.

You are going to hear from a number of people in this case who will explain and illustrate the Defendants'

conspiracy, some of whom from the inside.  You will hear from two undercover investigators, one who posed as a member of the group and one who posed as an explosives dealer.

You will hear from militia members who attended the field training exercises with the Defendants.  You will hear from a confidential informant named Dan.  Dan is a military veteran who joined the Wolverine Watchmen before ever cooperating with law enforcement thinking it was a normal militia where he could practice weapons handling and firing. Within an hour of being allowed into their encrypted chat room he was so disturbed by the violence they were discussing and planning that he contacted police.  He agreed to cooperate with investigators.  He agreed to remain in the group and he agreed to record their conversations.  You will hear those recordings.

You will hear from two members of the conspiracy, Ty Garbin and Kaleb Franks.  They will tell you how real this was. They will tell you their reasons for getting involved in it, the reasons they were going to kidnap the governor.  They will tell you that they were charged in this case.  They will tell you that they pled guilty to conspiring with these Defendants to kidnap the governor and they will tell you that they are going to prison for it.

With social media posts, chat transcripts, covert recordings, pictures and physical evidence, the testimony in this case will show you how the Defendants went from a rough

idea to a specific and concrete plan that they were preparing to execute.

Barry Croft is a member of what is called the Boogaloo movement, and he is a national figure within that movement. The other Defendants are local members of the Boogaloo movement. The Boogaloo believes that this country is broken and that politicians on both sides are at fault. That they should be targeted and attacked. They believe that a second civil war is coming. They are looking forward to the civil war. They are getting ready for it and they are looking for ways to start it, and for Barry Croft that meant violence. You will see during this trial that he has changed his appearance considerably, and while he may look harmless now, while he may look like a middle school math teacher now, he looked quit a bit different back then when he was with them, when he was training.

In June of 2020, at a national meeting of militia leaders in Ohio, Barry Croft called for and demanded violence. You will hear him describe himself as a terrorist. You will hear him say that he asked God for permission to kill and that he claimed that he got it. You will hear him say, we have to take action. I am going to burn mother fuckers' houses down, blow shit up. I am going to do some of the most nasty disgusting things that you have ever read about in the history of your life.

In Ohio he met Adam Fox.  Adam Fox also claimed to be anointed from God to wage war here in Michigan.  He told the others in the eyes of my God I'll die a fucking saint covered in blood.  Fox already had the beginnings of a plan here in Michigan.  He was not satisfied with the idea of merely storming the Michigan Capitol.  He wanted a hostage.  He wanted the governor.  You'll hear him say, we are going in there with a specific agenda to take these mother fuckers hostage.  Because at the end of the day that building is brick and mortar.  That's not valuable.  That's not worth anything.  It's totally replaceable.  You take politicians, now you got human life.  That's the most valuable thing you got.  Then you got something to negotiate with.

He went onto say of the governor, we just want the bitch.  We want the tyrant bitch.  We want her flex cuffed on a table.  Fox knew he didn't have the manpower yet, but he worked on the plan.  He talked about needing to be optimistic.  He talked about training and being ready to attack for the moment that presented itself when they could grab her.

Croft put Fox in charge of the kidnapping plan in Michigan and connected him with the manpower that he would need, a small militia in Michigan that call themselves the Wolverine Watchmen.  Daniel Harris, Brandon Caserta, Ty Garbin and Kaleb Franks were members of the Wolverine Watchmen.  These would be Croft and Fox's soldiers, what Adam Fox called his

kill squad.  The Wolverine Watchmen had already discussed storming the Capitol and assaulting the governor.

They were anxious and eager and enthusiastic to help Croft and Fox.  They began meeting, planning and training. They discussed where to abduct the governor.  Early on they ruled out the Michigan Capitol.  They believed that they did not have enough people to succeed there.

Harris initially didn't even want to bother with kidnapping.  He just wanted to murder her.  He suggested shooting her as she came or went from work or posing as a pizza delivery person and shooting her at home.

Brandon Caserta also suggested just killing her.  He talked about crushing her skull.  Caserta didn't think they should stop with the governor though.  He talked about wanting the blood of the people above her.  You'll hear him say, when the time comes there will be no need to try and strike fear through presence.  The fear will be manifested through bullets.

Adam Fox opted for kidnapping, though, and convinced the others.  The Defendants turned their sights on the governor's cottage up north.  Understanding that they were doing something illegal, something terrible, they practiced -- excuse me, practiced what they called OPSEC, or operational security, to prevent police from catching and stopping them. They performed security checks, background checks on the members of their group to make sure they were who they said

they were.  They communicated using an encrypted chat
application.  Not FaceBook.  Not the sort of common social
media platforms that we all use that we talked about yesterday.
They used an encrypted application that was designed to prevent
law enforcement from intercepting messages.

These were not keyboard warriors.  This was not
FaceBook fluff.  These were conspiratorial communications.
This is how they planned the kidnapping.  They used code words.
Cupcakes were bombs.  A Baker was a bomb maker.  Ticks were
medical investigators.  Spaghettios were legal guns.  A can
opener was fully automatic guns, and in-laws were concerned
about law enforcement seeing or hearing them.  Ask yourselves
why they needed code words?  Why did they need these code
words?

The Defendants all met up in Cambria, Wisconsin in
July of 2020 for a field training exercise for practice for
training.  Barry Croft came from halfway across the country to
meet with his Co-Defendants and help develop their plans.
Barry Croft wanted to use snipers to shoot and kill any
security that the governor may have with her.  He said that
without explosives they would never stand a chance, so he and
Daniel Harris and Adam Fox discussed who they knew, who could
get explosives for them.

Daniel Harris is a former marine who bragged about
learning how to make improvised explosive devices, or IEDs, in

the military.  He talked about the different components they needed, and with that knowledge he and Barry Croft built and improvised an explosive device and wrapped it in BBs and attempted to detonate it.  As Croft said that weekend they were training to clear the rubbish, governors who they felt were destroying this nation.

After that training the Defendants continued to discuss their plans and figure out who within their group was serious about this, who they could count on to be there and to keep quiet and aid them in kidnapping the governor, because as Brandon Caserta said at the time, quote, some people say they are all about it until something happens, so we'll see what happens when we actually start to do it.  These were not people who were all talk.  These were people who wanted to make sure that all of them were about action.  These were people who wanted to separate themselves from the people that were all talk.

Around this time the group became concerned that they had been infiltrated by federal investigators, and at Daniel Harris's demand they moved the communications to another even more secure encrypted chat application.

The Defendants continued to refine their plans and specifically where they would abduct the governor from.  In August of 2020, Adam Fox found and surveilled the governor's cottage in Elk Rapids for the first time.  He knew what they

were going to do.  He talked about killing her protection detail and any police that may be with her.  He said, it's going to be a nightmare.  It's going to be a fucking shootout.  We know that.  We have multiple forces to go against.

The Defendants met up again at a militia field training exercise in Luther, Michigan on December 12, 2020, and there they solidified their plans.  Again, Barry Croft traveled half the country to train with his soldiers.  Barry Croft and Daniel Harris built another IED, this time a firework that they cut out the bottom of and wrapped in pennies.  Barry Croft said those pennies would act as shrapnel being evicted from the explosive and killing anybody within a radius around them.  He said they would be so hot they would go right through their skin.  And they did detonate that IED that day, but before doing that they hung silhouettes with human shapes around it because that's what they were using these IEDs for.  These IEDs were meant to use to kill police or security who may be with the governor when they attacked.

That weekend Adam Fox spoke to a man he knew as Red.  Fox asked and agreed to purchase explosives from Red.  These explosives they would use in their kidnapping plot.  Red was actually an undercover FBI agent.  Adam Fox recruited people to surveil the governor's house a second time later that night.  Brandon Caserta and Daniel Harris initially agreed to go but later got so drunk that they did not.  Fox, Croft and others,

1    including two informants and two undercover agents, did.

2         They drove almost an hour each way to Elk Rapids.  A

3    little after midnight in total darkness their three cars

4    arrived in Elk Rapids.  They circled the governor's home,

5    stalking their prey.  They found her house from across the

6    water.  They drove up and down the road looking for the right

7    opportunity for when they come back.  They decided the route

8    they would take into her home.  They decided the route they

9    would flee afterwards with her.

10        Adam Fox reiterated that they would shoot and kill any

11   security that was with the governor.  He mimicked the sounds of

12   gunshots coming from their silenced rifles.  That night Adam

13   Fox went under a bridge that was near her home to find the best

14   place to plant explosives to blow up that bridge to prevent

15   police from responding, and when they had the information they

16   needed they returned to Luther, Michigan.

17        All the co-conspirators met the next morning, all of

18   the people that went on the reconnaissance the night before, as

19   well as Brandon Caserta and Daniel Harris.  Adam Fox reviewed

20   what they learned from the surveillance and reconnaissance the

21   night before and they agreed to pool their money to purchase

22   the explosives they would need.  They talked about the war zone

23   that they would be creating.  Harris acknowledged that the

24   governor's security would get out and fight them head on.  They

25   talked about walking away from their lives afterwards if they

lived, if they weren't caught.  They were all in.  As Brandon Caserta said, he was needed for this battle.

Later that day the group did repeated runs through what they called a shoot house or kill house to practice breaching or breaking and entering the governor's house at gunpoint.  They built a model of her house there at their training site and did repeated guns through it, entering with guns drawn, shooting and ultimately taking over the home preparing for the day they would go back.

Several weeks later, on October 7th, 2020, Brandon Caserta told the others, next time they are, quote, doing a recon or something and we come up on any police, you better not give them a chance.  You either tell them to go right now or they are going to die, period.  That's what it's going to be because they are the fucking enemy.

Later that day Fox, Harris, Franks, Garbin and the informant drove to Ypsilanti where Adam Fox was going to pay Red a deposit on the explosives and others were going to pick up gear and equipment instead.  Police and investigators intervened.  Investigators executed search warrants on each of their homes that day and found the tools of their conspiracy: Flex cuffs, zip ties, explosives, night vision goggles, and more, including a short-barreled rifle at Daniel Harris's home.

As the Court has already told you, at the end of this trial there are four charges.  First, all of the Defendants are

charged in Count 1 with the conspiracy to commit kidnapping, and the conspiracy is just an agreement, in this case an agreement to kidnap the governor.

Second, Adam Fox, Barry Croft and Daniel Harris are charged in Count 2 with the conspiracy to use a weapon of mass destruction. Fox, Croft and Harris agreed to use explosives in their plan to kidnap the governor. They detonated an IED in Luther together and they planned to use more explosives under the bridge and to fight off any police or security that got in their way during the kidnapping.

Third, Barry Croft and Daniel Harris are charged with possession of an unregistered destructive device, the IED that they detonated in Luther.

Fourth and finally, Harris is charged with possession of an unregistered short-barreled rifle. The rifle that investigators found in his home was shorter than the law allowed.

Set aside the Defendants' political views. Set aside their desire for a second civil war. Set aside the governor's job and her title and whatever you may think of that. What you have is that the Defendants agreed, planned, trained and were ready to break into a woman's home where she slept with her family in the middle of the night, and with violence and at gunpoint they would tie her up and take her from that home, and to accomplish that they would shoot, blow up and kill anybody

1   who got in their way, in their own words, creating a war zone

2   here in Michigan.  And for that, at the conclusion of this

3   trial we will ask you to find each of the Defendants guilty for

4   the crimes with which they are charged.  Thank you.

5          THE COURT:  All right.  Thank you, Mr. Roth.  We'll go

6   now to the Defense openings.  Everybody gets a chance to make

7   one, and we'll start with Mr. Gibbons.  Are you going to be

8   using video and have you connected up?

9          MR. GIBBONS:  I am not going to use video during my

10  opening.

11         THE COURT:  You are not.  Very good.  Okay.

12         MR. GIBBONS:  Good morning.  I am Christopher Gibbons.

13  I represent Adam Fox.  I do not represent the other Defendants

14  that are here, so I'll only be speaking primarily to the case

15  as it relates to my client and how I see things and what we

16  think is going to be happening here in this trial.

17         I can start by saying this, that we couldn't disagree

18  more on our side of the table about what the evidence in this

19  case suggests and means.  Adam Fox did not commit a crime in

20  this case.  We think the evidence will fail to show that Adam

21  Fox did not agree with another person to kidnap the governor of

22  Michigan.  There was no plan.  There was no conspiracy.

23         The essence of a conspiracy is an agreement.  An

24  agreement in this case I think is something that would be

25  supported by talk, and you are going to hear a lot of talk in

this case. We've already heard a lot of talk in the government's opening, talk that got the government's attention when Dan, an undercover informant, who became an undercover informant, reached out to the FBI because he had seen things in a chat room that concerned him.

The evidence will show that he met with the FBI and that he agreed to perform services for them as an investigator, as informant. The evidence will show that Dan agreed to provide access to the FBI so that the conversations and the things that were being done or said within this group, the Wolverine Watchmen, could be monitored, and Dan was pretty effective. He did get into the group. He was in the group. He was able to provide information to the agents that he was reporting to. He had agreed and he did write notes and make reports so that they could keep track of the goings-ons of the Watchmen.

All of this starts in mid-March of 2020. Mid-March of 2020 also corresponds with the historical imposition of the pandemic and COVID-19. As we moved into the spring things for all Americans had drastically changed. The government had moved in ways that it had never done for any of us in our lifetime. We are told we can't go to work. We are told that we have to stay away from each other. We are told that things are unsettled and that creates stress for everyone. And as Dan is monitoring the Watchmen, who are preppers, they are kind of

1    already inclined to be thinking that things aren't the way they

2    are supposed to be.  Now they really aren't.  Dan is doing a

3    good job.  The FBI is happy.  They are paying him money.  He

4    has offered voluntarily by the FBI without asking envelopes of

5    cash throughout the summer and from the spring.

6            As they move forward into June, Dan is continuing to

7    provide access, but there is no crimes.  The Watchmen aren't

8    breaking the law.  The Watchmen are talking and they are

9    talking political talk and they are talking their militia talk,

10   but they are not breaking the law.  And the FBI has Dan, and

11   Dan is a truck driver.  Twelve years or so before March he had

12   been in the military.  He had some experience.

13           Dan is doing good with the FBI.  He likes his job I

14   think is what he will say, but he is not really producing

15   evidence of a crime.  He has been on the case for three months.

16   So you know, if you are not producing evidence of crime in a

17   case, if an informant has been working and working and working

18   and there really isn't anything developing, eventually the FBI

19   will close that informant, and when that informant is closed,

20   they don't have anything to do with the FBI anymore.  They go

21   back to their regular life, and that's when the informant, Dan,

22   runs into my client, Adam Fox, at one of the rallies in

23   Lansing.

24           The government has put up pictures of my client with

25   his Hawaiian shirt.  He is open carrying a rifle in Lansing.

That's all legal, but it's kind of suspect. I can understand why the FBI might be curious. But who is Adam Fox? The evidence will show that he is a misfit. When he was in Lansing and into June of 2020, he had been working at a Vac Shack, it's a vacuum store, for a family friend. He had been out of money. He wasn't getting unemployment. He wasn't associated with a militia when he first met Dan in Lansing. Adam Fox had prior been in a militia but he wasn't in that one anymore so he was kind of all on his own. Like I said, he is kind of a misfit.

Adam Fox talks big. He draws attention to himself. He is trying to be cool. One thing that is apparent I think to just about everyone that met Adam Fox, the evidence will show, is that in May and June of 2020 Adam Fox didn't have really nice equipment. He didn't have nice skills for tactical training. He wasn't well trained. He had never been in the military. He was basically homeless living in the basement of the Vac Shack, which is not a residence. It's a commercial building. Adam Fox's bedroom is blankets hung from the rafters in the Vac Shack basement. There is no working toilet or water in the Vac Shack. If Adam Fox wants to brush his teeth before he goes to bed the evidence will show he has to go to the Mexican restaurant next door to use their facilities.

The evidence will show that when the government encounters Adam Fox he is no leader. He doesn't have a group. Dan has been working with the Watchmen, the undercover

informant.  He tries to get Adam to come to join the Watchmen.
The evidence will show that the Watchmen were not interested in
having Adam Fox in their militia.  The evidence will show that
when Dan invites Adam Fox to come train and join the Watchmen,
that the CHS has to call one of the Watchmen leader's wives and
talk to her and vouch for Adam Fox so that they'll let him
come.

You'll hear testimony that Adam Fox does get to go to
this training on June 28, and the evidence will show that at
the conclusion of the training and at the conclusion of a
meeting that everyone had after the training was over, that
there was no plan.  There was no agreement.  There was no
conspiracy to kidnap the governor of Michigan or any other
governor.  There was a lot of talk.  There was talk potentially
of maybe if we had 300 men a capitol could be stormed or some
type of radical action could be taken, but there was no plan.
There was no conspiracy at the end of the day.

And the interesting thing to me is that when Adam Fox
met Dan and first talked to him in the middle of June, Adam Fox
didn't have a militia but he was on the government radar.  He
had before that had contact with another informant named Steve,
who is in Wisconsin.

Did you want to object.

MR. KESSLER:  Yeah.  Your Honor, I think we are
getting perilously close to covering stuff --

1           THE COURT:  We are close.  It's a difficult line to

2    draw under the order of proofs.  I think as long as Mr. Gibbons

3    is trying to preview what he thinks will be evidence -- whether

4    it's admitted or not is another question.  The jury knows it's

5    only going to consider it if it is, but if his argument is from

6    that evidence if it comes in, the jury should conclude there

7    was no agreement, then we are still in the land he can talk

8    about.  If it goes beyond that, then we're not.

9           MR. GIBBONS:  Thank you, Your Honor.

10          And to kind of get to my point, to understand where

11   I'm going and why I'm offering you this information is because

12   the government has gone to great lengths to make it look like

13   Adam Fox is a nefarious person with a big militia who wants to

14   kidnap the governor of Michigan, and that, to me, the evidence

15   there will show is all parlor tricks.

16          Adam Fox has a militia.  The evidence will show that

17   the militia he has in this case is called -- it's very

18   specific.  It's the Michigan III% Patriot Militia.  And the

19   III% Patriot Militia is an organization operated by an

20   undercover informant working for the FBI, Steve.  Steve hosts

21   national meetings.  The evidence will show that Adam Fox was

22   invited to a national meeting of the III% Patriot Militia

23   organization in Dublin, Ohio on June 6, 2020.

24          Adam Fox is at that meeting and there are a number of

25   other people at that meeting.  Adam Fox does not know this

Steve was an informant.  Steve is in his early 50s.  Claims to
be a veteran.  He claims to be the president of the III%
Patriot Militia organization nationally.  There is a national
board Steve says.  One of the board members is at the meeting
in Dublin.  Her name is Jenny.  Jenny is also an FBI informant.
Jenny also has a charter.  So each state has a charter, and if
you have a charter, well, that's your militia, and then you are
in charge of it and your job is to advance the goals of
whatever the III% Patriot National Militia may be.

Jenny has the charter for Tennessee and she is in the
meeting.  Steve has the charter -- he is the president of the
national board, but he is also the Wisconsin guy, so he has the
Wisconsin charter.  Also present is CM Phillips.  He is a
representative from Missouri.  He has the Missouri charter.  CM
Phillips is a federal informant.  Also present is an individual
named Frank, and Frank is from Virginia.  Frank is a veteran
himself and someone the FBI has been watching and interested
in.  And guess what Frank has?  He has the charter for
Virginia.  Barry Croft is the representative from Delaware.
Mr. Croft has been under investigation by the FBI.

Adam goes to Dublin, Ohio for this meeting.  There is
about 15 people there.  So I've given you about half of the
attendees.  There is no agreement.  There is a lot of
antigovernment talk.  Who wasn't upset about COVID and COVID
restrictions?  But there was no agreement out of Dublin, Ohio

on June 6. There was no conspiracy.

And to get back to my point, if Adam Fox is the subject of an investigation for domestic terrorism, and he's wandering around in Lansing and bumping around at the Vac Shack with no group and no followers, that doesn't really help. So Steve steps up with his national presidency and authority with the board and announces on FaceBook, with Jenny Plunk helping, that Adam Fox on June 23rd had been voted and approved by the national board to handle the Michigan charter and to be the president of the Michigan III% Patriot Militia. The evidence will prove that the two informants made the FaceBook page, made the announcement, and provided a mission statement for that militia on FaceBook not just for Adam Fox to see and his friends, but for everyone in Michigan, really anyone in the world.

And so this is a pattern now. So now you have Adam Fox moving to Munith. Just so everyone knows where we're headed and kind of the nomenclature that the place has adopted, Munith is where the Watchmen's president or commanding officer, Joe Morrison, that's where he lives, and that's where the Watchmen tend to train, and it's in Munith, Michigan, so we call it Munith, and you are going to hear about trainings at Munith. Some of the events that are significant in this case happen at Munith. The other is Luther, which is up north. It's Ty Garbin's family's property.

Moving forward.  So Adam has, like, his militia, the III% Patriot Militia, here in Michigan.  He's got the charter.  It's June 23rd, but there is nobody in it.  It's just Adam.  So -- but he's got a FaceBook page courtesy of the federal government.  And wouldn't you know, just like magic, Adam gets a message, and the message is, I know -- the message is basically I'd like to sign up.  I'm interested.  And who is it that wants to sign up?  An individual named Mark.  He is a rugged individualist from the Upper Peninsula, and he is also an FBI agent working undercover.  So Adam going into July has a militia and he has one guy in it, a federal informant.

On June 28 at Munith, that's a big meeting because it's got kind of all the players are all there with their attendant, FBI informant.  And there is no agreement, but that doesn't stop Dan.  Because you have to remember, Dan is going to be the key.  He is kind of like the backbone of the case.  He is the thread that goes right through the whole thing.  Dan starts it in the spring and Dan ends in October, and Dan is -- he is the framework upon which everything hangs in this case.

And Dan tells the boys -- some of these guys are young.  I am old.  Adam Fox is 38.  I just call them boys.  They are men.  Dan tells the boys -- when they reject the idea of black bagging politicians and committing acts of domestic terrorism from an offensive perspective, Dan tells them, keep an open mind.  Keep an open mind.  Why does he want them to

keep an open mind?  Because he's taking them to Wisconsin to
see Steve the next weekend for a national FTX training event
that Steve has coordinated.  It's not the boys' idea to go to
Wisconsin to train.

They get to Wisconsin.  There is more talk, more talk,
more talk, more talk, and no agreement.  The government will
say that the training was meant for training for the governor,
but I think the evidence is going to show that there is no
reference to kidnapping a governor from her or his home, and
that the training was calculated for that purpose.

The evidence is going to show that when the Wolverine
Watchmen started in the spring of 2020 with Dan the informant,
about 48 guys on FaceBook members, 10 or 15 of them were a
little more active showing up for barbecues, cookouts and
firearms training.  And the Watchmen's version of training
before the introduction of Dan was to smoke pot, talk, drink
beer and then after you've had enough party go in the back and
dump a couple mags into a tree trunk from different positions
and all go home.

Dan is in his persona.  Tells everyone and brags about
his tour experience in Iraq back in the 2000s, multiple,
multiple fire fights, 14 hours sustained fire fights.  I had a
round go through my backpack.  He is an impressive character,
especially to an impressionable person like Adam Fox who
doesn't have really any friends.  No one has ever really shown

him much of a care. He can't get enough of Dan.

And what's Dan do? The evidence will show that Dan takes the Watchmen from shooting pepper targets and tree stumps in the back. He takes them to do real military style tactical training. So the training that the government holds up here today with people standing like this and breaching, the government did it. Dan. He gave them all that training. None of these guys know how to do any of that kind of stuff.

THE COURT: Well, I mean, you got -- you got to hue the line. You can't get ahead of yourself or I'm going to change the order of proofs.

MR. GIBBONS: I can do that, Your Honor.

THE COURT: All right.

THE GIBBONS: So the evidence will show that the training is not to kidnap the governor. The evidence will show that the training was brought to the table by the government to make it look like these guys were --

MR. KESSLER: I think we just crossed the line.

THE COURT: That's over the line. Okay. So the order of proofs is real clear where the government's case in chief and your opening has to be limited to things that the government can bring in its case in chief, not to things that may or may not happen down the road. And it's one thing to use the preview of the evidence as you see it to say there was no agreement. It's another thing to start down a pathway of

saying somebody else induced the agreement.  And that's a whole different avenue.  There are some overlaps, but you have to stay within the lane for now, and if you go forward with a different approach in your case in chief you get a chance to talk about all of this.

MR. GIBBONS:  Correct, Your Honor.  If I may, with respect to that and this training issue, it is not being offered as evidence --

THE COURT:  Well, but your argument just made it that because you just -- you just used words that go well beyond saying no agreement.  That's why I think Mr. Kessler started to stand up and why I'm saying the line is there.  There is overlap, I get that.

MR. GIBBONS:  Okay.

THE COURT:  But we are not at stage 2 yet.  May never get there.

MR. GIBBONS:  I will -- I will move forward accordingly.

In any event, Ladies and Gentlemen, as we move forward into July, Mark, UCE Mark, that undercover employee Mark, Mark comes down to have a meeting with Adam Fox, because Mark is at this point the guy that he has in his militia.  Adam Fox has also picked up another person, another man to join his militia.  His name is Sean Fix.  Mark comes down to a barbecue on August 1st.  Mark is at the barbecue.  Adam Fox is at the barbecue.

Sean Fix is at the barbecue. Sean Fix is the XO. Evidence
will show that XO is a term that they use in the militia
apparently and they use in militias. XO is executive officer.
So that's kind of the person that's supposed to get things
done. It is also the position that Dan the informant occupies
with the Watchmen. He is their XO. So it's his job to get
things done.

Mark is at the barbecue for about five hours. It's at
the Sean Fix residence. You are going to hear testimony that
things aren't what they appear. You are going to hear
testimony that Sean Fix is a navy seal. That Sean Fix did five
tours in Iraq and Afghanistan. That Sean Fix suffers from
combat induced PTSD. That Sean Fix has access to incredible
military equipment, but you'll also hear evidence that none of
that is true. Sean Fix it turns out -- after Mark gets done
with the barbecue, turns out Sean Fix has never been in the
military at all. It turns out that all of it is play acting.

And at the barbecue where Adam Fox has indicated there
was going to be 15 or so people showing up of different
militias that he had invited and different people he wanted
there who had militia import, the only ones to show up were UCE
Mark and Sean Fix, and he had Adam had his girlfriend Amanda
there and Sean Fix's girlfriend at the time. Her name was
Amanda as well. They lived together.

And there was a plan discussed, not reached or agreed

upon, but there was a plan that day. And the plan that day was that they could get Governor Whitmer and they could kidnap her if they got a boat and went to Mackinaw Island. And the plan would be that they could go to the governor's mansion, which is actually a state park and not her home in any way whatsoever, and they could take custody of her person, take her back to the boat, put her in the boat, take the boat out into the straits of Mackinaw, and Sean Fix could then fly in with a Black Hawk helicopter to take the governor away from the boat so that they couldn't get -- so no one would know where they would go to another area where there would be a rally point with a huey helicopter. And eventually a water exit is discussed up the St. Lawrence Seaway for an ocean exit. It's going to be a great plan if we agree on it.

You will hear that at this meeting copious amounts of marijuana was being smoked. UCE Mark does his job. He has one Miller Lite but everybody else is three sheets to the wind.

The evidence will show that this isn't a one time deal either. The evidence will show that there were other meetings with the informants where this kind of nonsense is being talked. And it doesn't stop. They keep going.

The evidence will show that the real talk of kidnapping Governor Whitmer is really not something my client really wanted to do or anybody else. The evidence is going to show that when the informant in various meetings would

encounter resistance to the suggestion that these individuals do this, they didn't want to do it. They would say it's a bad idea. He'd give them other ideas. Plan Bs. Well, if you don't want to do Plan A you can do Plan B. Plan B might be suggested by Dan incredibly --

MR. KESSLER: Your Honor, I think we're -- he is opening the door for us to put in argument.

THE COURT: It's perilously close. I know it's not an easy line to walk, but I tried to make it pretty clear. You get to advance the theory if and whether another Defendant asserts it, but it's not now. The case in chief is whether there was an agreement as charged on any of these things, whether these Defendants joined it, and whether there was an overt act. And other things, you know, may come later. But in the early going it's a much more limited issue, and if it goes too much further we'll just start, you know, advancing everything up front, and you know, I didn't think that's what the parties wanted.

MR. GIBBONS: That is not what I want, Your Honor.

THE COURT: I know. Then you better hue your line closely, because you are stepping over it as far as I'm concerned.

MR. GIBBONS: But my point is, is --

THE COURT: It's not -- it's one thing to say there was no agreement. It's another thing to say it was all the

1   government's idea.  That's a different story.  That's a story

2   that comes later if and when we get that far.

3           MR. GIBBONS:  Very good, Your Honor.

4           As we move forward into August there is no agreement

5   at Munith.  Again, there is another big event.  An FTX.  The

6   boys, this group, not all of them but most of them are

7   altogether.  Supposed to be a big opportunity to get this deal

8   done.  That's what Dan Chapel wants but it doesn't happen.

9   They don't agree.  There is no conspiracy at this point.  This

10  group really doesn't get together again, the evidence will

11  show, until September.

12          The government has made mention of encrypted chat

13  platforms and chat groups.  The government put up a page that

14  showed Adam Fox and Barry Croft on each side of four Watchmen.

15  The evidence will show that they are not a group.  Adam Fox

16  didn't consider them to be his men.  There was no plan for them

17  to be men.

18          The government will have gone to great lengths I think

19  throughout this trial and throughout the investigative process

20  to put Adam Fox and others in compromising positions so that if

21  you can take their conduct --

22          MR. KESSLER:  Your Honor, I think he is doing it

23  again.

24          THE COURT:  It is when you are starting to talk about

25  that kind of thing.  It may come in but it comes in in another

stage, not here. And then, you know, that's why we discussed
the need potentially to call back witnesses and all the rest so
that there would be to the extent we can draw clear lines,
clear lines, and it's important to keep them that way.

MR. GIBBONS: Very good, Your Honor.

The encrypted chats will not bear out as the
government has promised. The encrypted chats will show that
there was not a group of operators operating and talking and
communicating exclusively like one would expect. If a group is
moving forward and has agreed on a plan as the government has
alleged, that group should have some identity. The evidence
will show that they did not and that the government's evidence
on that point will fail.

We get to the end of the case. The government
suggests that Adam Fox and others agreed with the informant,
Red, who is the baker, the individual who is supposed to
provide the bomb. The evidence will show that no one really
wanted to buy the bomb and no one was willing to make a
commitment to buy the bomb. The evidence will show that UCE
Red ended up extending the opportunity to acquire a bomb on an
IOU.

And this gets me to my final point. We talked about
receipts in the jury pick yesterday. I want to see the
receipts. This bomb was supposed to cost, the evidence will
show, $4,000. When the boys were arrested in October -- on

1    October 7, they were to meet with Red and they were promised

2    that there would be free gear, and the government will not be

3    able to prove that it was clearly communicated or agreed

4    between them that they were going to get a bomb.  The

5    government will not be able to show that Adam Fox brought the

6    money to put a down payment on the bomb.  The evidence will

7    show that Adam Fox had been broke as a joke the entire summer.

8    He had no income other than whatever he could scratch out of

9    the Vac Shack selling vacuum cleaner belts and vacuum cleaner

10   bags.  The evidence will show that on the second or third of

11   October he received a back payment from the State of Michigan

12   in excess of $8,000, and that money was in his bank and that

13   money was available to him.  The evidence will show that he

14   also had back at the Vac Shack $600 in cash in a box next to

15   his bed on the floor.

16          All of that will convince you, and everything else

17   we've discussed, that at the end of this trial these gentlemen,

18   and more in particular Adam Fox, my client, did not agree with

19   any person in any real way to kidnap Governor Whitmer.  There

20   was no agreement.  There was no conspiracy, and there was no

21   overt act made in support thereof, because there was no

22   agreement.  No conspiracy.  The verdict at the end of this case

23   I humbly will suggest it's going to be not guilty and an

24   acquittal on both counts for Adam Fox.

25          THE COURT:  All right.  Thank you, Mr. Gibbons.

1          Mr. Kelly, are you going to be using the screen?

2          MS. KELLY:  No.  I am not.

3          THE COURT:  All right.  Go ahead.

4          MS. KELLY:  Thank you, Your Honor.

5          Good morning.  In May of 2020 Daniel Harris, my

6    client, was scheduled to celebrate his 23rd birthday.  Not a

7    year out from his honorable discharge from the United States

8    Marine Corps he was living at home with his parents.  He was

9    working a security job and was watching as our country was

10   dealing with COVID-19 executive orders which shut down our

11   state and a myriad of social and political movements which

12   rallied in cities throughout our nation.

13         He watched the murder of George Floyd at the hands of

14   law enforcement officers and he watched as protestors burned

15   down cities like here in Grand Rapids.  He was unhappy about

16   the direction that he perceived our country was headed and was

17   generally worried something worse was going to happen.  He

18   wanted to get involved.

19         Daniel attended different rallies like the Black Lives

20   Matter rally.  He went to the rally against the stay at home

21   orders in Lansing, and he went to a pro Second Amendment rally

22   also in Lansing.

23         He owns firearms.  We talked about that yesterday.

24   And it was not unusual for him to be carrying a firearm.

25   Daniel comes from a long line of military and law enforcement

men and woman in his family.  He enlisted under the delayed

entry program when he was just 17 years old.  Most, if not all,

of his family members own firearms, and you are going to see

some of them here during the trial.  The government is going to

bring in his AR-15 and show it to you.  It sounds like they are

going to bring in his FN pistol F09 that he had on October 7th,

and maybe just maybe you're going to see his Century Arms rifle

that he purchased from his grandmother, who is also a veteran,

for around $400.  So you'll see those items.

Like most 22 year olds Daniel was active on social

media and various chat apps.  He joined various FaceBook groups

and used other apps like Signal and Wire and Threema.  That was

before he joined the Wolverine Watchmen.  And in May of 2020,

around May 1st, he joined a FaceBook group called the Wolverine

Watchmen.  It was suggested to him by one of his friends,

another veteran, because, hey, these guys do trainings.  Just

as the informant Dan wanted to join the Wolverine Watchmen

because he was interested in training.  It's a thing.  Afraid

he might lose his skills that he learned in the military.  He

wanted to continue his firearms skills, tactical skills and

medical training.

See, Daniel was working towards earning a contract to

go over to Afghanistan to work in a security position.  It's a

much sought after track for recently discharged veterans, and

not surprisingly during the shutdown Daniel was also encouraged

1    by the social aspect of this group, the Wolverine Watchmen.

2        And you'll notice a thing that I am going to talk

3    about.  Shooting guns and drinking beer.  To be accepted in the

4    Wolverine Watchmen he described his experience as a military

5    person.  His medical training.  He talked about his guns that

6    he owned, some of which I just described, and that he liked

7    hunting and fishing.  He also described some of the courses

8    that he earned in the Marine Corps.  How to make IEDs.  How to

9    do a tourniquet.  And you'll see some of those from the

10   government exhibits from his notebooks from the Marine Corps.

11       Within about two weeks after joining the Wolverine

12   Watchmen Daniel started meeting them in person, and on May

13   14th, 2020, he met Dan, who Mr. Gibbons has already described

14   to you.  Sometimes referred to as CHS Dan.  Sometimes the group

15   would call him Big Dan and Skinny Dan.  I call Daniel, Daniel.

16   But Daniel was quickly charmed by Dan.  His self-proclaimed

17   military prowess and his employment as a firearms instructor,

18   perfect guide for Daniel to hook up with, right?  A man nearly

19   a decade his senior who painted himself as a war hero.  Daniel

20   was immediately drawn to Dan and trusted him.  Sometimes Daniel

21   would call Dan dad.  That's how much he trusted him.

22       While Dan was officially the second in command or XO

23   as Mr. Gibbons has described, most of the Watchmen believed him

24   to be the leader and they looked to him to lead these

25   trainings.  Throughout the summer of 2020 Daniel met with other

Watchmen in Munith, Michigan, in Fowlerville, and was driven to Wisconsin by Dan. These properties, which is important, these are private properties. So these are people that would allow other people with guns to come and shoot and to do trainings. That's what it was.

Big Dan kept Daniel out of certain conversations as described by Mr. Gibbons. And Daniel, from time to time, would ask Big Dan, hey, you guys aren't doing anything more sinister, right? Nothing worse is happening, right? And Big Dan would provide Daniel that reassurance. When offensive acts were suggested, many of the younger guys, including Daniel, left. They separated. They left the Watchmen.

Now, Daniel continued to go to places to shoot guns, to work on his medical skills, to share information that he learned in the Marine Corps with others that were interested, and to continue his training.

The government didn't mention this in their opening statement, but Daniel also traveled with some of the guys and Big Dan to Peebles, Ohio. There they met Frank Butler, and described by Mr. Gibbons, Frank Butler become a laughing joke by the younger guys of the group because of his wild ideas to break into the CIA building, to kidnap the governor. He was a laughing stock to Daniel and others. And after this meeting, Ty Garbin, who you'll hear from, drove the guys across the state line and they got drunk at a hotel. That was the big

thing about Peebles, Ohio.

Daniel made many inappropriate and immature statements throughout the summer. He liked to send memes and he liked to quote from movies and shows like South Park. He liked to talk about drinking and girls and guns. He liked to light off fireworks. The government talked to you about a firework that was set off in Luther. Hey, Daniel, you want to set this off? Sure. And that's what you'll see. That's what the evidence will show.

He showed loyalty in ways that you and I might not show it, and he was not perfect in the summer of 2020, but he has not done what the government has accused him of.

I talked yesterday with you guys about that jury instruction about how to determine credibility, and the judge will instruct you on that later, but looking at ways to determine who is telling the truth on the stand, that's up to you guys. And you will hear from Ty Garbin and you will hear from Kaleb Franks. The government will call them. Those are two members of the Watchmen close in age to Daniel Harris. I want you to pay close attention to the inconsistencies of the statements that they've made as time as gone on. That's going to be an important key piece and I'll talk to you about that again at closing argument.

As I mentioned, Daniel Harris was kept in the dark about vital information related to the government's case. That

weekend in Luther, that's Ty Garbin's property.  Fully scripted
by the FBI several weeks prior.  And it included --

THE COURT:  That's the same issue for Mr. Gibbons, and
it's going to be up to each of you to decide if you want to
open stage two, but if you open it before we get there, then I
am going to give the government a chance to respond even if you
don't want to.

MS. KELLY:  Fair enough.

THE COURT:  You understand?

MS. KELLY:  Yes, Your Honor.

THE COURT:  Go ahead.

MS. KELLY:  At that Luther weekend there are all three
confidential human sources, Dan, Jenny and Steve, two
undercover agents who I only know as Brad and Mark, many other
agents waiting in the wings of the pole cameras that were
installed and MSP waiting on 131.  For this weekend, this
weekend that was a big piece of the government's case, Daniel
Harris brought his gun you'll see paraded in here.  He brought
a poop emoji hat for someone -- that's for another person, and
he brought his dog Ollie that he rescued while in the Marine
Corps.  So you know where his mind is on that weekend.

He made opening remarks to the group in Luther about
the importance of safety, and then he ran a medical tent
through the whole day.

Not one person -- and I know the government said he

initially agreed to go in their opening statement, and I
understand it's not evidence.  Not one person told Daniel
Harris about the night ride along to the governor's house.  Not
one person told him about Red or these bomb videos.  He was
working at the medical tent.  He had no idea.  Not Big Dan, not
Steve, not Jenny, not FBI agents, not his closest friends who
will be painted that way, Ty Garbin or Kaleb Franks.  And the
question that I'll ask you at the end of this case is why
didn't anybody tell him that?  And I think it's because they
knew he didn't want to go.  He did not agree or enter into any
agreement to conspire to commit kidnapping or possess weapons
of mass destruction.  And as the Court has told you, in looking
at jury instruction 103, you can't make up your mind until you
hear all of the evidence, and I encourage you to follow that
presumption of innocence, that proof beyond a reasonable doubt,
that proof which is you would not be hesitant to rely and make
the most important decision of your life.  That's the kind of
proof we are talking about in this case.  And I will come to
you at the end and I will ask you to find Daniel Harris not
guilty.  Thank you.

     THE COURT:  All right.  Thank you.  We'll go to
Mr. Hills.

     MR. HILLS:  Good morning, Ladies and Gentlemen.  My
name again is Mike Hills.  It's my pleasure to represent
Brandon Caserta in the trial of this matter.

Now, what I'd like to do is walk through what I believe the evidence will show as far as Mr. Caserta's experience through all of this thing, and you've already heard a lot of they did this and they did that. Well, you are going to find, I think, that Mr. Caserta wasn't at a lot of events. You have heard about some of them.

You have heard that Dan was involved with recording events. He was, and he recorded a lot of events. He recorded a lot of phone calls. I'll just throw out some dates. You are going to get these, but there was meetings at the Vac Shack for example. My client wasn't involved in that. You've heard about meetings in Ohio. My client wasn't involved with that. You won't hear any recordings with my client on the phone. So there is the they. My client wasn't involved in a lot of this, and I'm going to walk through what my client was involved with so you can then separate that from what he was not involved with.

So in the spring of 2020 my client was living in the metro Detroit area, Canton, in a very small apartment, a one-bedroom apartment, and he was working as a machinist also in that area, in the Canton area, metro Detroit.

My client had a vehicle, a sedan. I believe it was about 21 years old. 211,000 miles on it. Not terribly reliable, but it was his. You will also find that my client was, I think some people might call it a prepper. Some people

might say being prepared.  There's going to be evidence that my client had big tubes of dried food, MREs, things to last maybe 90 days or so.  You're also going to see that he had, like, a water filtration device, saws and ropes and things, survivalist kind of things.  You are also going to see that he was a gun enthusiast.  He had a kit.  I think you are going to understand what a kit is after this.  There's going to be testimony that that's a vest with armor plating on the front and on the back and it also had little pockets for your magazines with bullets in it and a tourniquet.  You'll have medical equipment in that thing, too.  And he also had guns.  He had four of them.  He had two pistols and two long guns.

Now, you've heard about a lot of different charges and counts.  My client is only charged with one count, conspiracy to kidnap the governor of Michigan.  He is not charged in any mass destruction or any -- with any illegality with these guns or the bullets that were at his apartment.  I think you'll find that there are no charges there.  They are all completely legal.

So you've heard from openings, and we don't need to remind you of the spring of 2020 with the pandemic and the shutdowns, riots, et cetera.  The fabric of our country was being stretched if not torn at that time.  And my client was concerned about society and what was going on, as many of us were, and he was looking to train.  He doesn't have this

military background, so he was looking to get some trainings in
case of societal break down he could protect himself and his
property. And if he is in a group he can help others and help
protect them and they can help protect him.

So he was looking on line and he found a group on line
called the Wolverine Watchmen. And in order to get into this
group then you download an app. They call it an encrypted app.
It is supposes to be an encrypted app, but it's one you get off
your phone and you download it from the app store. So he
downloaded it from the app store, and he is then in a series of
chat groups that you can talk with these other individuals who
are also gun enthusiasts and would like to train. So that's
how you initially get into this group.

And the chats -- you know, I have been on this case
for a while, the chats get confusing because there is a lot of
them. But I want to stop here and just go over one of them for
a moment, because my client is in some and my client is not in
others. So there are two fafo chats. Fuck around and find
out. One is long form and one is going to be on Wire, and that
is one that occurs August, July and in that timeframe. And
there are -- I think there are going to be a lot of chats that
you are going to see from that. My client was not in any of
that.

Fafo after August 31, Dan, I believe sets up a chat
there, and then my client is in that one. So he is not in the

first one but is in the second one. So I just want to bring

that to your attention so you at least have some context where

my client is and where my client isn't. Because that's

important to me on my client's behalf.

So first training. I'll do an overview really quick.

My client sum total, he got into the Watchmen June 8th and 9th

of 2020, and then was arrested on October 7th of 2020. In that

time sum total my client was involved with five trainings.

June 14th, June 28th, early July, July 11th and 12 in

Wisconsin, and July 26th at Fowlerville which is Kaleb Franks'

father's house. Kaleb Franks is one of the individuals that

you will hear from that is going to testify. And then finally

Luther. There are two other meetings that my client is

involved with in August. One at his house on August 16, and

then another one on August 23rd at Daniel Harris's mother and

father's house at Lake Orion. So that's the sum total of where

my client was.

June 14th, 2020, that's the first training exercise,

if you will, that my client was involved with. And this is at

Munith, Michigan. You are going to hear the names, but Pete

Musico lived there with a son-in-law, I believe, Joe Morrison

and Joe Morrison's wife, Jada Morrison. And this is the first

event my client goes to, and this is what is mostly dry fire.

In other words, manipulating your weapon, unloading, reloading,

that kind of thing. I think there was some live fire but not

1    much.

2           And so when my client gets to Munith, Michigan on June

3    14th, Dan is fully engaged with the Watchmen at that time.  He

4    has been there for a couple of months already.  So this is what

5    my client steps into.  And Dan is there on June 14th.  He is at

6    every one, all of these, and he's fully recording this event

7    and training.  I believe you'll see that he is basically the

8    trainer.  And like my colleague indicated, that's attractive to

9    these people because that's what they are there for.  He's got

10   all of the experience, et cetera.

11          So my client comes back.  The second one that my

12   client goes to, again, is at Munith, Michigan.  That's central

13   lower Michigan in the Jackson area, again, at the

14   Musico/Morrison residence, and at this training I think

15   Mr. Gibbons indicated that there was this meeting.  My client

16   shows up.  I believe that I'll call him Big Dan goes and gets

17   Adam Fox, Sean Fix, Amanda Baker, and Amanda Keller, and then

18   brings them back to Munith.  It's a trailer.  I think you'll

19   get -- maybe we'll have some pictures of it.

20          And there is a meeting and then there is another

21   meeting.  So there is one meeting outside apparently, and this

22   is not recorded.  Apparently the batteries died and there is no

23   recording of this event.  So there is a meeting, and I think

24   that the testimony is going to be that there is ideas of

25   storming the Capitol with a couple hundred men and basically

it's rejected.  And this is my client's second time and last
time at Munith, and I don't know if it was said, but none of
this is my client's idea.  You won't hear anybody say that my
client said any of this at the June 28th meeting.

Then there is a separate meeting where Big Dan goes
into a trailer and they talk about certain things, whatever it
is.  It's out of my client's purview.  My client doesn't go
into the trailer.  He is not invited in, and he leaves.

The next event my client is invited to is Wisconsin,
and this is billed as a family event but it's live fire.  We
are going to train.  We are going to, you know, shoot, shoot
our guns and we are going to do different things.  So this is
attractive to my client.  Again, he doesn't have a vehicle so
he rides with Big Dan.  Big Dan gets a suburban and he picks up
everybody.  He picks up -- I can't remember who is in the car.
Kaleb Franks, Ty Garbin, a gentleman named Paul Bellar, Daniel
Harris, my client, and Big Dan.  And Big Dan drives them to
Wisconsin.

And you've heard that this is hosted by -- basically
by service -- or confidential human source Steve, and at this
event for the first time there is what you call a shoot house,
and they assemble it in this guy's yard, and I think they
showed pictures of it.  It's plywood in a circle, and they have
a door, and they practice going in one, two, three, four, and
then they shoot at some targets that are a few feet away, and

then sometimes they even go through another opening in the plywood and they shoot again.

So this is the first time my client has ever done any of this kind of training, and it's live fire. They get to shoot their guns. You'll see they also do some other training. There are barrels and they go in pairs and they are, like, by the barrels, and somebody runs and somebody shoots at the berm or the steel targets, and another person runs and then they shoot again by these barrels at a berm with steel targets. Okay. So this is Wisconsin.

You are also going to hear at Wisconsin that Barry Croft is invited. This is the first time my client first -- he meets them twice. Once at Wisconsin, and I think the government has cued up a recording of it. And Barry is talking about having national law courts and treason and got to shoot airships out of the sky and chain saw trees down and lay them across the road from Ohio to Timbuktu.

Now, as I indicated, none of that that you'll hear is my client agreeing to any kidnapping. The government searched my client's house, and I told you what they found there as far as guns, two long guns, two pistols. No missiles, no rockets to shoot airships out of the sky. Not even -- he has a little saw I think but no chain saw to chain saw trees down and lay them across the road.

Okay. And so that's Wisconsin. And Dan drives

everybody back. And the next training they -- as I think has been indicated kind of separated from Munith and the Morrison I think you are going to hear that there is issues with Jada Morrison and Joe Morrison and Pete Musico. So this group kind of separates from the Wolverine Watchmen. Not because they are coordinating with Adam Fox, but because there are issues with Jada Morrison/Joe Morrison drama basically going on in Jackson. So they separate.

So after Wisconsin my client goes to his third training. Fourth training. I'm sorry. Because two in Munith, one in Wisconsin, fourth training. July 26th. And this is live fire at Kaleb Franks' father's residence in Fowlerville, Michigan.

Now, in this Dan is leading the training and recording, and they are using Kaleb Franks's PT Cruiser, so I think we are going to get to see a videos of them training in the PT -- in and around the PT Cruiser. They are getting out of the PT Cruiser, shooting their guns, backing up, shooting their guns at these steel targets, and then they park the PT Cruiser sideways, and then they run up to the PT Cruiser and go around and shoot the guns, criss-cross around and shoot the guns. So that's the training at Fowlerville.

One more training to go for my client. There is no more training in July. That was July 26th. In August my client is involved in two meetings. The first one he calls

cause he'd like to talk to everybody about what's going on in
the world, et cetera. He wants to have a meeting. So he calls
a meeting. One person shows up. Guess who shows up? Big Dan
with his tape recorder concealed. So Big Dan meets with my
client for several hours, and out of this I believe that the
government is going to play some recordings of that. And
it's -- I think they've got it cued up a statement or some
statements my client had made about contact tracers. Nothing
to do with kidnapping the governor. Nothing to do with
kidnapping the governor. Okay.

So the next meeting my client is involved with is
August 23rd. This is, as I indicated, was at Daniel Harris's
mom and dad's house, and there is a group meeting there, and
the government will play recordings of that. And some of them
my client is on. He was there. No agreement to kidnap the
governor of Michigan.

One to go. Luther, Michigan. So my client was
invited to go to Luther, Michigan, and you've heard that there
are other informants at Luther, Michigan. And at Luther,
Michigan, I think the government opened with there is a model
of the governor's house. I think what the evidence is going to
show is that there were steel -- metal stakes in the ground and
blue tarp draped around it, okay, and an opening. There's no
door. It's just an opening. And again, you know, Dan is
training and they are going in and pointing their guns. And

you saw the sinister one with my client.  He had his hood over, you know, posed.  So that's -- that's the training.  Second time my client has ever been in a, quote-unquote, shoot house.  It was not a model of the governor's house.

And there was some other training as indicated, some medical training.  Mr. Harris, I believe, was doing some medical training.  So there was that going on as well.

Now, the government mentioned that individuals went up to the governor's house that evening.  My client did not go.  I think the government, it sounds like, is going to describe that he was too drunk to go or something.  He did get drunk that night.  I don't think there is any question about it, but not at that time.  But he did not go.  This was the second time that there was -- that they -- that people, Dan and others, went up to the governor's property.  There was another one on August 29.  Brandon Caserta did not go.

You heard that after this ride along or reconnaissance, whatever you want to call it, at Luther, this is in September, September 12th is when that would have happened, that the next morning there was a meeting.  Well, let me -- let me back up.  Before that I think you are going to see that the fed, I'll call him fed Red, UCE Red, he was an undercover working for the FBI.  He brought a video that the FBI created of explosions and bombs, and he brought it to Luther.  And I believe that the government is going to play you

excerpts of when he is showing it to people.  Brandon Caserta
is not among them.

Okay.  Next morning the government talks about a
meeting and Brandon Caserta is there.  The government is going
to play you excerpts I believe from this meeting.  You are not
going to hear Brandon Caserta on any of those recordings.

Brandon Caserta was not in charge of any training.  He
didn't training anybody.  He wasn't in charge of deciding that
there was going to be a shoot house in Wisconsin.  He wasn't in
charge of where to place barrels in Wisconsin.  He wasn't in
charge of putting together a shoot house in Luther.  He didn't
help construct the shoot house in Luther.  He didn't train
anybody at Luther.  He didn't go on a recon or a ride along on
August 29th.  He didn't go on any ride along or recon on
September 12th.  He didn't agree to kidnap the governor of
Michigan.

The Judge is going to tell you to consider each of
these Defendants separately.  That's why I'm spending so much
time in my opening going through my client's experience with
this.  You are to consider Brandon Caserta separately as well
as Mr. Croft, Mr. Harris and Mr. Fox.

So there are no more events after Luther that my
client attends.  There's the -- the government attributed a
statement for my client.  I think they are going to play it.
He -- between Luther and October 7 he had been pulled over

twice and got traffic infractions.  One for no proof of
insurance and one for I believe not using his blinker.  And he
was upset.  He says some mean things frankly, stuff that I
wouldn't approve of, and you are going to hear them and they
sound bad.  They are bad.  But they are not an agreement to
kidnap the governor of Michigan because he never did.  Thank
you.

THE COURT:  All right.  Thank you, Mr. Hills.

****************************************************************

THE COURT:  Do you need the video.

MR. BLANCHARD:  No, Your Honor.  Thank you.

The FBI is supposed to protect us from dangerous
criminals and terrorists.  They are also an agency that's
supposed to protect our freedoms, and when they are doing that
they are expected to have thick skin.  That means in protecting
our rights they don't punish people for saying mean things
about them, and they are not supposed to target people that
they are angry with.  And we expect that when the FBI starts an
investigation they'll use responsible tactics, and we expect
that they'll follow the facts where the facts lead them, not
follow their preconceived notions to their end goal, and if
they find out that they are wrong about what they initially
thought, we expect that they'll end the investigation.

See, back in 2017, the FBI noticed that Barry Croft
was saying mean things about them on FaceBook.  Barry believed

that the FBI had one of his friends killed, and the FBI began to target Barry, but until 2020, nothing developed out of the investigation.

In 2020 the FBI began investigating a group called the Wolverine Watchmen.  The agents decided at the beginning, before they knew anything about these men, that this was going to be what they called a TEI.  A TEI is FBI lingo for a terrorism enterprise investigation, or a really big case.  And back in April of 2020, one FBI agent bragged to another that he had told his boss, quote, I am going to work this as a TEI whether you give me the paperwork or not.

To accomplish their goal of working as a terrorism enterprise investigation, the FBI used confidential human sources or snitches.  You are going to hear about a number of snitches in this case.  You are going to hear about Steven Robeson, who also goes by Steve Roby, Steve Robeson, Roby, Roby Steve.  You are going to hear about Jenny Plunk.  You are going to hear about Dan Chapel.  I expect you are going to hear about others.

The FBI recruited Steve Robeson to work as a snitch. Robeson is a felon with a criminal history spanning nine states and several decades.  It's not much of a stretch when talking about Robeson to say he's done all of the crimes.  He's got convictions for theft and bail jumping, fraud and assault, and he's also a professional snitch.  In addition to this case

Robeson worked as a snitch in a biker gang case. He worked as a snitch in an attempted murder for hire case when he claims somebody confessed to him in a jail.

And the problem is the FBI ignored all of Roby's problems and hired him to target a man who had expressed what the FBI calls antigovernment views. He did these things on FaceBook. And I mean, frankly, this is a man who spent more time in FaceBook jail than all of us and really all of our community combined. It's a man named Barry Croft. And so they had Mr. Robeson reach out to Mr. Croft and invite him to meetings. And Robeson would wear a wire at these meetings, and he'd give the recordings back to his handlers, and he'd report back some of what happened at the meetings.

And when the government heard the recordings and heard what Mr. Robeson said they knew they needed to close the investigation into Mr. Croft but they didn't. They knew they didn't have enough evidence to try Mr. Croft to this case, but they continued because they had decided, remember, back in April of 2020, they were going to work this like a TEI whether they got the paperwork or not. Regardless of whether they had the facts to justify it or not.

So they set out specifically to target Mr. Croft on line, and you are going to hear that there was an approval process before the FBI can start targeting its citizens. And you'll hear that Mr. Robeson was targeting Mr. Croft in person

before he even had permission to target him on line.

You are going to hear that Mr. Robeson invited Mr. Croft to a meeting in Dublin, Ohio on June 6, and you'll hear that Robeson flipped on his recorder and captured some mean words that day. And when Robeson reported back to his handlers, they ignored two important things.

First of all, Robeson was plying these guys with drugs. At Dublin, Ohio and every event thereafter Robeson, the FBI employee, and virtually everyone else there was stoned. Like, absolutely bonkers out of your mind stoned. And the FBI has rules about this, not only because marijuana is illegal federally, but it's because they want to capture criminals, not folks who say stupid stuff while they are high. But because they decided back in April of 2020 that this was going to be a TEI they brushed that aside. They just ignored that their snitch as rolling blunts with everyone.

The FBI also ignored that Mr. Robeson was selectively using his recorder. You'll hear that CHS Dan, Dan Chapel, that he would record a lot of stuff. Then we have Robeson who he would turn it on when he thought someone was about to say something interesting. But he'd leave it off when he was getting folks whipped up into a frenzy. And you'll recall back in spring and summer of 2020 we had a lot of social unrest. There were riots going on. Dublin is right outside of Cleveland. There were riots in Cleveland and Robeson got these

guys worked up about that, worked up about what was happening.
Tried to take them over to see it.  When he gets them back at
the hotel and they are all worked up he flips on his recorder
and catches some mean talk.

Why were they willing to ignore this?  Well, they had
been looking at Croft for years and they hadn't found anything
and they were willing to ignore Roby breaking the rules because
they had that end goal.  They wanted to work this like a TEI
but there was no plan, no agreement, and no kidnapping.

On July 11, Robeson invited a lot of people to
Cambria, Wisconsin for what was billed as a family friendly
patriot event.  The FBI hired another snitch named Jenny Plunk.
She lives in west Tennessee.  They hired her to drive from west
Tennessee about eight hours to Delaware to get Mr. Croft and
make sure he made it to Cambria, because you'll hear Barry
likes to stop and run his mouth really.  I think you'll
conclude they were afraid he'd stop in Ohio and start talking
about the constitutionalists and patriots there, and they got a
reminder to take him all the way from Delaware to Cambria.  And
you'll hear that people on the outside looking at that
relationship they referred to Jenny Plunk as his girlfriend or
his wife because of the way she behaved.  Interestingly, you
won't hear recordings of that ride.

And when they get to Cambria, again, there were
copious amounts of marijuana.  And when high Roby got everyone

whipped up in a frenzy, turned on his recorder to capture some
crazy talk, but there was no plan.  There was no agreement, and
there was no kidnapping.

And so after July 11 in Cambria Robeson decides, well,
we should get everyone together again on July 18 in Peebles,
Ohio, and he invites people.  There is supposed to be folks
from 10 to 13 states present.  There weren't.  You'll hear that
FBI agents and snitches describe this meeting as, quote, a
waste of time because the peasants weren't revolting.  They
weren't talking about crimes.  It didn't move the TEI forward
and so they were upset about that.

And you'll hear that people that attended that meeting
that aren't here were upset with Mr. Croft because he didn't
have any plan.  Because he got up there and he ranted, said
some crazy talk while stoned, and left.  But again, on July 18
there was no plan, no agreement and no kidnapping.

So the government didn't stop.  They arranged, through
their snitches, to set up what they call a field training
exercise at Ty Garbin's property on September 11th and 12th.
And the government wanted Mr. Croft to be there, so much so
that the government got him a hotel room in Big Rapids at the
Super 8, and they did that because they knew Mr. Croft doesn't
like to camp and they were afraid if they said you got to stay
in a tent he wouldn't come.  So Jenny Plunk rented him a room.

And as normal, there was lots of marijuana.  And after

everyone was good and stoned the FBI arranged a field trip, a
field trip up to Elk Rapids.  And they decided they were going
to take these guys up near the governor's house and so they put
Mr. Croft in a truck, in a truck that was owned by Dan Chapel,
a snitch, and driven by Dan Chapel, a snitch.  And in the front
seat of that car was a sworn FBI agent who was using the false
name Red, and in the back seat next to Mr. Croft another FBI
snitch, Steve Robeson.  And so they put -- after a day of
smoking marijuana they put Barry in the back seat of the car
and they take him on a field trip.

And you'll hear they never actually found the
governor's house.  They didn't have the right address.  The FBI
drives him up around there, ends up taking Barry to a boat
launch where he smokes a cigarette, gets in someone else's
truck and rides back to the hotel where he goes to bed.

After the Luther event there is still no plan, no
agreement, and no kidnapping.  At each step in this case the
FBI had good reason to close the case.

Before the targeting of Mr. Croft was authorized
Robeson took Mr. Croft on vacation in May in South Carolina.
He was specifically told -- Robeson was specifically told to
leave Croft alone, but he targeted him anyway.  And when the
FBI learned that he disobeyed their direction to leave him
alone the evidence will show they should have closed him as a
source.  They should have closed Roby as a confidential human

source, but they didn't.

You'll hear that when they learned Robeson was smoking pot with everyone in Dublin, Ohio they should have closed him as a source. When they learned that Robeson was selectively reporting things that he thought sounded bad, they should have closed him as a source.

When they heard Mr. Croft's crazy talk while stoned, they knew it was just crazy talk and not a plan. When they heard Mr. Croft was talking about diverting rivers into underground caverns in the Shenandoah Valley so he could grow food by redirecting light using mirrors, they should have known this was stoned crazy talk and not a plan.

When their snitch reported back that Mr. Croft was telling him about how the Egyptian pyramids create a counter magnetic flow that would allow Chelsea's chariots to enter the atmosphere at three times the speed of light without crashing into the earth's crust, they knew it was crazy stoned talk, not a plan.

When he explained that the solution to our political problems in 2020 is that we need a constitutional correspondence committees in every state to send each other letters and that will fix it all, the FBI knew this was stoned crazy talk and not a plan.

When the snitches heard that Mr. Croft said what we should do is we should cut down all the trees along the

Indiana/Ohio/Michigan border to protect the state because, I
don't know, people can't step over trees?  They knew it was
stoned crazy talk and not a plan.

When they heard Mr. Croft talk about using an
electromagnetic pulse device, you know, stuff from movies, to
disable electronics, they knew this was crazy talk, not a plan.

When they heard talk about maybe we should go hide in
the woods and bark at the Governor because then she'll know
maybe the animals have turned against her, they knew this was
stoned crazy talk, not a plan.

When there was talk about what we could do, you know,
we could put some car radios attached to car batteries in the
woods and play loud music at night like he's Manuel Noriega and
won't come out, they knew it was stoned crazy talk.

When there was talk about what we need to do is we'll
cut down the communication towers, we'll have them fall over
the runways so helicopters can't take off, they knew it was
stoned crazy talk.

When they heard talk about Black Hawk helicopters and
rally points on Lake Michigan and exits down the St. Lawrence
Seaway, they knew it was stoned crazy talk.

When they heard the suggestion, you know what we could
do, we could attach her to a kite and fly her over Lake
Michigan -- that's not how kites work.  They knew it was stoned
crazy talk.

When they heard Mr. Croft talk about direct energy
weapons from outer space that were causing the forest fires
that magically didn't jump across the border into Canada and
that the government was controlling them, they knew it was
stoned crazy talk.

When they heard talk about shooting down airships with
what?  They knew it was stone crazy talk.

When they heard talk about raising an army of 200 men
or putting a boat on the back of a semi tractor trailer,
driving it into a lake, and rolling out into the water because
water is my friend, somehow getting in the boat and doing who
knows, they knew it was stoned crazy talk.

The FBI was angry with Mr. Croft.  They knew that
Mr. Croft was angry with the government.

MR. KESSLER:  Your Honor, Your Honor, can we approach
for a minute?

THE COURT:  No.  What's the problem.  I mean, it's
argumentative.  It's over the top more like closing than
opening, but it's still tethered to the evidence.

MR. KESSLER:  But all that evidence we have had
rulings on and all --

THE COURT:  If none of the evidence comes in then it
will be a great opening statement with nothing to support it,
and I think the jury will follow my instructions to just decide
on the evidence, and it's up to every lawyer to take their

chances if they want to present things that may not come into
evidence.

MR. KESSLER:  We'll point it out, Your Honor.

THE COURT:  I think you probably will.

Go ahead, Mr. Blanchard.

MR. BLANCHARD:  The FBI knew that Mr. Croft was angry
with the government.  They also knew that he was all talk.  But
you can't prosecute someone for talking, so they brought him
nearly a thousand miles from Delaware to Michigan, put him in a
car with some folks he hardly knew, took him on a field trip
while he ran his mouth most of it.

There was never a plan.  We expect better from our
government.  We expect that they'll protect us from terrorists,
but understand that it's not criminal to dislike your
government.  It is quintessentially America to dislike your
government.  And you can tell the FBI that it's not okay to
prosecute people that you are angry with.  It's not okay to
prosecute folks because they run their mouth.  It's not okay to
decide before doing any investigation that a case will have a
particular outcome.  And the way you do that is by returning a
verdict of not guilty.

THE COURT:  All right.  Thank you, Mr. Blanchard.

So Mr. Blanchard had the opportunity to present an
opening that captured all the issues that he wants to
eventually argue to you, including entrapment.  Because

1    Mr. Gibbons, Mr. Kelly and Mr. Hills didn't have that chance

2    I'll go to you next, Mr. Gibbons, and give you your opportunity

3    for a supplemental opening.  Seven minutes.

4         MR. GIBBONS:  Thank you, Your Honor.

5         Good morning again.  It is still morning barely.  I

6    would like to talk to you about how this case worked with

7    respect to my client and how in the face of not finding

8    agreements with the wire that CHS Dan was wearing when he would

9    stop in at the Vac Shack and start talking to my client and

10   talk to him about militia stuff, trying to elicit interest and

11   ideas that are negative and hateful towards the governor.

12        Adam Fox would protest or at least say, hey, I don't

13   know if that's such a good idea.  He would reject the notion

14   that it would be a good thing to kidnap the governor.  Adam

15   would have concerns that it would be devastating to the

16   community if something like that happened.  But Big Dan was not

17   deterred.

18        We talked earlier this morning about the incentive for

19   Big Dan.  He is making envelopes full of cash.  Evidence will

20   show he was paid $64,000 for his work in the summer of 2020.

21   That really only keeps going if he can bring back something to

22   the FBI that they think is meaningful and useful.  Adam Fox

23   smoking copious amounts of marijuana and talking about

24   helicopters is really not going to get that done.

25        Dan presses forward.  He gives other ideas,

1    suggestions, questions, like, why don't you go up and put --

2    fire a round into the governor's house?  That doesn't cost any

3    money.  Why don't you get a hold of all the people we

4    introduced to you in Wisconsin and Ohio, the national militia

5    members?  Get a hold of them.  Have each state fire a high

6    caliber rifle into each state's governor's homes.  They can

7    mail the casings in on the same day, shoot them off at the same

8    day and amplify the message.

9         At Munith, on August 9th, the boys reject the

10   suggestion that the governor should be kidnapped.  That does

11   not deter Dan.  Dan needs an objective.  He's been imploring

12   them since June at meetings, taking them to Cambria, stopping

13   in, calling on the phone.  He says things like you can train

14   for everything but what's your goal?  Because the goal is what

15   the government wants.  Once you have a goal you can get an

16   agreement, a tacit agreement.  And if you get a tacit agreement

17   alls you got to do is stage something so it looks like they are

18   actually doing something about that tacit agreement.  It's an

19   unspoken agreement.  And I'll give you some examples of that.

20        The ride along up to Elk Rapids in August to surveil

21   the governor's cottage.  That idea was Dan Chapel's.  Dan

22   Chapel suggested it in July.  Dan Chapel suggested it again in

23   detail at the Munith training on August 9th.  Dan Chapel

24   arranges and invites people to go on his ride along.  He tells

25   people it's Adam's idea.  But I think the evidence is going to

1  show it wasn't Adam's idea.  It was Dan's idea.

2  You are going to see evidence that Mr. Chapel would

3  communicate by text with the FBI agents handling him, asking

4  them, who do you want to go on the ride along?  How many

5  ride-alongs do you want?  Dan had a lot of credibility with the

6  people he dealt with in this case and the militia in the

7  Wolverine Watchmen.  They wanted to please him.  He was -- they

8  perceived him to be a superior, a leader, someone they looked

9  up to.  They didn't want to say no.

10  Dan Chapel actually texted his supervising agent at

11  one point before the ride along that he thinks he's got 10 to

12  15 people lined up to go.  That's when he says, geeze, I don't

13  have that much room in my truck.  Maybe we should do two.

14  THE COURT:  Two minutes.

15  MR. GIBBONS:  The point is, everything that moves this

16  case forward, everything that gets us to October when these

17  guys are taken down in a parking lot in Ypsilanti, it's the

18  government moving all of them as Mr. Blanchard has indicated

19  with Mr. Croft's experience, sitting in a car with people he

20  doesn't know who are supposed to be intimately involved in some

21  conspiracy that he is involved in.  It doesn't add up.  None of

22  it proves an agreement.

23  My client is, first of all, not guilty you will find

24  at the end of the close of proofs because he never made an

25  agreement with anybody, and to the extent he was put in a

compromising position like being found in an informant's
vehicle in Elk Rapids, that's all the government's doing.  It's
all parlor tricks.  They never left the public road.  They
never left a public area.  They never went on her property.  He
is not guilty.

THE COURT:  All right.  Thank you, Mr. Gibbons.

We'll go to Ms. Kelly.

MS. KELLY:  Thank you.

THE COURT:  Seven minutes.

MS. KELLY:  Good afternoon, Ladies and Gentlemen.
Once again I wanted to start off in talking a little bit more
about the relationship with Big Dan and Daniel and talk a
little bit more about that training and why that training is
important.

Big Dan, when he met Daniel, held himself out to be an
instructor.  His business on LinkedIn says that he is an
instructor for training.  And Daniel, as I told you in the
beginning, was looking for that training and also for some
socialization with other people that thought like him.  So it
was very attractive to Daniel to follow Big Dan and go to these
trainings, these free trainings on private land to shoot his
guns.

I anticipate the evidence will show several other
members of the Watchmen that left the Watchmen will also say
the same thing about Big Dan.  Big Dan was the leader.  He was

1  in charge.  He led the trainings.  He showed us how to do

2  things.  I had questions.  How do I shoot out of a vehicle?

3  You go ask Big Dan.  That's who is leading these trainings and

4  that's what Daniel was looking for in the summer of 2020.

5  Big Dan drove the boys to the training in Wisconsin,

6  rented a big car so they could all fit in and drive there

7  together.  Daniel didn't have to pay for a thing there.

8  In May, right after May 14th, the first day that

9  Daniel met the Wolverine Watchmen, Big Dan takes the leaders,

10  Joe Morrison and Pete Musico, buys them some food and talks to

11  them about what your plan is.  And they say, we just want to do

12  defensive training.  We are worried that something bad is going

13  to happen to us.  That's what they wanted from Big Dan, and Big

14  Dan was pushing for more offensive training.  My BF training.

15  More going through houses.  That was Big Dan leading that

16  training.

17  Big Dan then calls the handlers in May and says, I

18  think these guys are just wasting my time.  I mean, what is

19  their plan even?  So he acknowledges to the FBI agents that

20  there is no plan.  These guys don't want to do anything.  They

21  are more worried about the world coming to an end.

22  But Dan was continuing to push these guys, and when

23  Adam Fox came on the scene, Big Dan then pushed these guys

24  toward Adam Fox.  Not successfully.  You'll see that in the

25  chat messages.  You'll see that in the group messages.  These

1    younger guys like Daniel and Adam Fox didn't talk a whole lot.

2    They didn't talk on the phone.  They talked over chat messages,

3    but they had their own private messages amongst themselves.

4         On that day, on June 15th, Big Dan keeps Daniel out of

5    a conversation with Joe Morrison talking about Adam Fox, and

6    then pulls him over at just the right time so Daniel is left

7    out of that conversation and brought in, and you'll hear that

8    conversation.

9         The government talked about explosives, and Daniel and

10   explosives and lighting up fireworks in Cambria, Wisconsin.

11   Guess who was the one that called Daniel over to talk about

12   explosives?  It was Big Dan.  Big Dan says, hey Daniel, you

13   know anything about explosives?  And Daniel says, I was an

14   infantry man in the U.S. Marine Corps.  I think I can try.

15   Whatever you say Big Dan.  I'll try.

16        And the government also talked about statements that

17   Daniel Harris made on August the 9th.  And I know Mr. Gibbons

18   has talked about August the 9th, but I want to put it into

19   reference with Daniel.  So Daniel is at a training at the

20   property in Munith, and they are asked who is down to kidnap

21   the governor?  Daniel says no.  Shut up.  We are not Frank.

22   Frank Butler.  You remember the guy that I told you was the

23   laughing stock of these guys.  No.  We are not doing that.

24   Again is asked, hey, who is -- I am not talking about killing

25   her, but like, what if we just go grab her.  No snatch and grab

I swear to fucking God is what Daniel Harris says.

What does Big Dan do with these agents because these guys know that Daniel Harris is not down for the plan?  He takes him out.  Gets him drunk.

MR. KESSLER:  Your Honor, I know I get to, like, comment later on the failure to produce things, but we are hearing things in opening statement that the Court has expressly excluded as inadmissible.

THE COURT:  It's up to the lawyers I think to decide what risks they want to take.  I made pretrial in limine rulings, and if the evidence that they want to highlight doesn't come in, I think the jury will be able to ignore it and follow my instruction.

MR. KESSLER:  Understand, Your Honor.

MS. KELLY:  Thank you, Your Honor.

And so Big Dan takes Daniel Harris out for beers, and then the agents and Big Dan call and they say, well, Daniel Harris isn't down for this.  Maybe we can come up with a softer target.  Let's think about a different plan because Daniel Harris isn't down for this.  And that's Big Dan doing that.

THE COURT:  Two minutes.

MS. KELLY:  Thank you, Your Honor.

The two reconnaissance or field trips or whatever we want to call it, August 29th and then in September, September the 12th.  Daniel Harris isn't on those trips.  He is asked

because the agents tell Big Dan to ask him.  He says, no.  I
have to work.  What about Sunday?  No.  I have a date.  And
then he is never asked on September the 12th.  Never asked to
go on that trip.  So he is not on either of those trips.  First
he says no.  Second time he's never asked, never invited.
Because why?  Because Big Dan -- and I asked that question on
my first time that I got to talk to you all.  Big Dan says,
Beaker -- who you'll learn is my client's nickname that he got
in the Marine Corps.  Beaker won't want to.

When we come to the end of the case I told you at the
beginning Daniel Harris was not perfect in the summer of 2020.
He made statements.  He did things that you may not agree with,
but what he did not agree to is conspire to kidnap the
governor.  What he did not agree to was to weapons of mass
destruction or to possess destructive devices, and I'll ask you
at the end of this to find him not guilty of that.  Thank you.

THE COURT:  All right.  Thank you.  Ms. Kelly.

Mr. Hills, seven minutes.

MR. HILLS:  I think I want to use my time to emphasize
where my client was and where my client was not because we hear
Mr. Blanchard talk about a lot of things backing up even to
2017.  My client -- and then to May of 2020.  My client was not
aware, not a part of any of that portion of the investigation.
My client was working at his job, living in his apartment, and
gathering his prepper material as I talked about earlier.  He

came in in June of 2020.  And we've heard a lot of different --
a lot of different events.  The last one I heard was August
9th.  There was an August 9th FTX at Munith.  My client was not
there.

I already told you that my client -- Big Dan rented a
Suburban actually and Big Dan drove my client and others to
Cambria, Wisconsin based on the response by Steve Roby, and
they had the shoot house there and the government gets the
pictures of my client in the shoot house.  And I think you are
going to see that there were people taking pictures there.
Obviously videos because we've got them.  So it wasn't terribly
secret there.  But I wanted to emphasize, also, that at
Wisconsin it was I believe the 10th, 11th, 12th and the 13th.
The 10th and the 13th they went and then come home.

Before Wisconsin there was a meeting on July 7 at a
gentleman Paul Bellar, you'll hear his name probably
throughout, his house.  My client was not there for the
pregoing to Wisconsin meeting.

After Wisconsin there was another meeting in July,
July 23rd, at Daniel Harris's house.  My client was not there.

So I would ask you to please remember as we go through
this my client was only at five trainings.  Two of those are
shoot houses, and the shoot houses were all basically
government sponsored events.  Wisconsin was Steve Robeson as
we've heard now a lot about.  He was there and he was the one

that it wasn't at his house.  It was at his friend's house.
You will see the yard and you'll see the cornfield.  You'll see
a lot of people hanging about there.

          And then the final one was at Luther, Michigan, again,
Ty Garbin's spot up north, Northern Michigan, and that was the,
I guess, grand daddy of the fed sponsored events because as
you've heard we got fed Dan, fed Red, fed Mark, fed Jenny, fed
Steve and probably lots of other feds surrounding the place I'm
sure.

          But I want to emphasize that my client didn't have a
part in putting together the FTX at all, the field training
exercise as they call it.  You'll hear this lingo.  Didn't
build the shoot house.  And it doesn't appear to be terribly
secret.  There are lots of people there, and there are people
recording, taking videos, I believe some still pictures.  And
that's where they have my client in the shoot house.  They took
pictures of him in the shoot house.  Something that he didn't
put together or organize.  That's what I wanted to emphasize.

          How quickly did I do that, Judge?

          THE COURT:  You have three minutes left.  It's
uncharacteristic.

          MR. HILLS:  The jury has heard enough from me.  I
thank you.

          THE COURT:  Thank you, Mr. Hills.

          We'll go to the government.

MR. ROTH:  Good afternoon.  The Court has generously given me about 20 minutes.  I don't anticipate using nearly that, but I do want to take some time, a few minutes to address the issues of entrapment and give you an expectation of what you are going to hear during this trial.

As has been discussed by the Defense attorneys you will hear that there were a number of different informants and investigators, undercover investigators used during this investigation.  The number of undercover investigators, the number of informants, is no evidence of entrapment at all.  In fact, what you will hear and what you'll find is that the number of investigators is dictated, if not necessary, because of the seriousness of the offense that when you have people dealing with weapons, a number of weapons, with explosives, with bombs, you need more investigators to try and control that because lives are at risk.

So now we get into what actually is entrapment.  It's not an idea or a feeling.  I'm sure it's something we've all heard from on TV, maybe have some rough idea, and as the Court gave you an outline before, it is a legal standard.  It is not just the way you feel upon hearing things.  It is a legal standard.

And there are two very important ideas that I would like to discuss with you.  This is exactly what the Court will tell you.  If the government gave the Defendants an opportunity

1    to commit a crime, gave them an opportunity, that is not

2    entrapment.  So giving somebody a ride somewhere, not

3    entrapment.  Giving them a website, not entrapment.  Hosting

4    events, not entrapment.

5            The second idea that I want to discuss, second

6    principle of entrapment that is very important and a little bit

7    more lengthy, is that if the Defendant was already willing to

8    commit the crime then it's not entrapment.  These Defendants

9    were willing and eager if not already preparing to commit this

10   crime long before law enforcement got involved.

11           Let's go through them one by one, first talking about

12   Mr. Croft.  He's been involved in this Boogaloo movement about

13   civil war and overthrowing the government for years.  You will

14   hear recordings in which he talks about how many Novembers has

15   it been that I've been in this movement?  As you saw and as you

16   will see he has a tattoo on his arm, his forearm, that says,

17   expect us.  It's not just that, but below it what it says is

18   Second Delaware Continental Regimen.  This is not an actual

19   military regimen.  This is the regimen he believes in, he will

20   be a part of in the second civil war that he intends to start.

21   Nobody forced Barry Croft to do this.  Barry Croft got in his

22   car and drove across the country twice because this is and

23   always has been a very important thing for him regardless of

24   any law enforcement.

25           Let's talk about Mr. Fox.  Mr. Fox has also been

talking about this before meeting any informants, and in fact,
it is only because of his interest in this Boogaloo movement
and the idea of starting a second civil war by targeting law --
excuse me, by targeting government officials, that he even met
the informants.  As you heard and as you will hear it's when he
goes to these meetings already that he comes in contact with
informants.  Before he was going to these nobody was reaching
out to him.  Nobody was influencing him.  He got himself
involved in this.

It was Croft who ultimately -- excuse me, who
ultimately connected him to the Wolverine Watchmen.  And Fox
was no mere follower, and you will hear that from his own
words.  You will hear him say, the way I feel like I can lead
best is by fucking example.  I don't feel like I can be a good
leader telling people what to do things.  I think I can be a
good leader by showing them what to do.

Daniel Harris.  Daniel Harris had been talking about
and detonating bombs before meeting the informants.  He helped
build and set up a -- excuse me, helped build and sell ghost
guns independent of all this.  He and Ty Garbin and Kaleb
Franks came up with the idea to build and sell illegal and
untraceable firearms to people who could not otherwise buy
guns.  And within the movement he was certainly not subject to
anybody else's demand and certainly not to CHS Steve as has
been suggested.  But when Daniel Harris sees CHS Steve posting

things about the movement and the plans on FaceBook it's Dan you will hear who tells him don't. I wouldn't put it on FaceBook Twitter. None of that. If you are going to send that, fucking print it out and fucking mail it. That's how concerned he is about operational security that they not get detected. And it is in that same light that Daniel Harris tells the others to change their encrypted chat application because he, regardless of anybody else, is devoted to the success of this mission.

And finally, Brandon Caserta. His home you will see was filled with antigovernment conspiracy theory items. No informant, no law enforcement put those there. This was a topic and a movement that he was a part of well before. And you will hear him say, whatever we do in the future this is my personal choice to be involved here, so I voluntarily consent and I accept responsibility for anything that happens to me. So you know, my word is solidified as far as what's going on.

You will hear him say that CHS Dan and nobody else told him to do anything.

And while those are important points to pay attention to as the trial goes on. The most important is this. Listen to them. Read their words. Listen to their statements.

And the same applies for Dan and the others. You will hear from Dan in these recordings time after time is uh-huh, yeah, okay, right. He listens. He takes it in. He is a

1   sponge.  But the others you will hear are the ones with

2   enthusiasm, eager to commit these crimes, coming up with new

3   ideas, coming to agreement and planning.  They chose this plan.

4   They chose this crime and it was because they wanted it.

5       Ms. Kelly also touched on another relevant point here,

6   which is that people left.  People left the Wolverine Watchmen

7   because of how extreme this was, because people were not into

8   this.  Nobody forced these people to participate.  People

9   walked away because of how extreme the Defendants were.

10      And then there is Ty Garbin and Kaleb Franks, and they

11  will tell you -- the two Defendants who are also charged in

12  this case, pled guilty to conspiring with these Defendants to

13  kidnap the governor.  They will tell you that they were not

14  entrapped.  They will tell you that they made their own

15  decisions, and they will tell you that the Defendants did the

16  same thing.

17      Attorneys make a lot of promises in opening

18  statements.  A lot of promises were made this morning, this

19  afternoon.  Pay attention to the evidence.  Pay attention to

20  what actually comes in as evidence, what actually happened

21  versus what we promise today.  It is what actually comes in as

22  evidence that matters.  Our statements, our arguments, do not.

23      When you consider that evidence, what is actually

24  introduced over the next few weeks here at trial, what you will

25  find is that these four men conspired amongst themselves and

others to go to the governor's home and to kidnap her at
gunpoint and that they were not entrapped to do so.  And at the
end of this trial we will ask you to find them each guilty of
those offenses.  Thank you.

*****************************************************************

1

2                                              INDEX

3                                                          PAGE
       Opening Statement by Mr. Roth                 3, 71
4      Opening Statement by Mr. Gibbons             14, 61
       Opening Statement by Ms. Kelly              32, 64
5      Opening Statement by Mr. Hills              38, 68
       Opening Statement by Mr. Blanchard          50, 71
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          REPORTER'S CERTIFICATE

2

3          I, Paul G. Brandell, CSR-4552, Official Court Reporter

4     for the United States District Court for the Western District

5     of Michigan, appointed pursuant to the provisions of Title 28,

6     United States Code, Section 753, do hereby certify that the

7     foregoing is a full, true and correct transcript of an excerpt

8     from the proceedings had in the within entitled and numbered

9     cause on the date hereinbefore set forth; and I do further

10    certify that the foregoing transcript has been prepared by me

11    or under my direction.

12

13

14                          /s/ Paul G. Brandell

15                          Paul G. Brandell, CSR-4552, RPR, CRR

16                          U.S. District Court Reporter

17                          399 Federal Building

18                          Grand Rapids, Michigan  49503

19

20

21

22

23

24

25