UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiffs,                No. 1:20-CR-183-RJJ

vs.                                                Hon. Robert J. Jonker

DANIEL JOSEPH HARRIS,

                Defendant.

## REQUEST FOR LEAVE TO FILE DOCMENTS UNDER SEAL

Pursuant to Local Court Rule 49.8, undersigned counsel seeks leave to file documents under seal they contain confidential information.

Dated: March 13, 2022

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

/s/ Julia A. Kelly
_____
Julia A. Kelly (P77407)
300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
jak@willeychamberlain.com

IT IS SO ORDERED.

Dated:  March 14, 2022

/s/ Robert J. Jonker
_____
Robert J. Jonker
Chief United States District Judge