UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

## **ORDER**

There appearing to be no further complications from the issue that caused a delay in trial, trial shall resume on **March 17, 2022 at 8:30 a.m.**

Dated: March 16, 2022

    /s/ Robert J. Jonker
    ROBERT J. JONKER
    CHIEF UNITED STATES DISTRICT JUDGE