## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. | Adam Fox, Barry Croft, Daniel Harris, Brandon Caserta | | DISTRICT JUDGE: | Robert J. Jonker |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-cr-183 | 3/17/22 | 8:32 - 10:47 a.m.; 11:11 a.m. - 12:09 p.m.; 12:33 - 2:14 p.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils Kessler / Jonathan Roth | See below. | |

### TYPE OF HEARING
- __ Arraignment: __ mute  __ nolo contendre  __ not guilty  __ guilty
- __ Final Pretrial Conference
- __ Detention (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Charging Document: __ Read  __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: __ Yes __ No
Defendant informed of right to appeal: __ Yes __ No
Counsel informed of obligation to file appeal: __ Yes __ No

Conviction Information:
Date: _____
By: _____
As to Count (s): _____

**ADDITIONAL INFORMATION:**
Christopher Gibbons/Karen Boer (Fox); Joshua Blanchard (Croft); Julia Anne Kelly (Harris); Michael Darragh Hills (Caserta).
Jury trial, day 4.
Witnesses: Special Agent Christopher Long, Special Agent Mark Schweers.
Exhibits admitted: 3053, 3056, 441, 60, 61, 72-77, 94, 96, 97, 102, 131, 223, 228, 229, 2276, 2254 (map only), 4025.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |