# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Adam Fox, Barry Croft, Daniel Harris, Brandon Caserta | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-cr-183 | 3/18/22 | 8:37 - 10:15 a.m.; 10:40 a.m. - 12:39 p.m.; 1:05 - 2:14 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler / Jonathan Roth | Defendant: See below. | Counsel Designation: |
|---|---|---|

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendere
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ✓ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
  ☐ Read   ☐ Reading Waived
Guilty Plea to Count(s) _____
of the _____
Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| Imprisonment: _____ | Plea Agreement Accepted: ☐ Yes ☐ No |
|---|---|
| Probation: _____ | Defendant informed of right to appeal: ☐ Yes ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal: ☐ Yes ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____  By: _____ |
| Special Assessment: $ _____ | As to Count (s): _____ |

**ADDITIONAL INFORMATION:** Defense counsel: Chris Gibbons/Karen Boer; Josh Blanchard; Julia Anne Kelly; Michael Hills. Jury trial, day 5.  Witnesses: Special Agent Schweers, Dan Chappel. Exhibits admitted: 5, 7, 9, 10, 21, 26-30, 57-59, 62, 64-66, 89, 91-92, 95, 103, 105.2, 88, 93, 106, 109, 100, 101, 110-113, 115, 116, 118, 120-123, 78, 80, 127, 132-133, 128, 138-139, 141-142, 152-154, 156, 158, 160, 162-164, 168-171, 436, 195, 173-174, 196, 198-199, 190, 175, 187, 189, 202, 191-194, 197, 200-201, 204, 208, 213, 215-218, 233, 248, 239, 247, 249-250, 262, 254-255, 260, 263-264, 4151, 5202.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |