## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Adam Fox, Barry Croft, Daniel Harris, Brandon Caserta | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-183 | 3/28/22 | 8:23 - 9:58 a.m.; 10:25 a.m. - 12:08 p.m.; 12:31 - 2:13 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler / Jonathan Roth | Defendant: See below. | Counsel Designation: |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Trial
- __ Other: ____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: ____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: ____

### CHANGE OF PLEA
Charging Document:
  __ Read   __ Reading Waived

Guilty Plea to Count(s) ____ of the ____

Count(s) to be dismissed at sentencing: ____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____

Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal:  __ Yes  __ No
Counsel informed of obligation to file appeal:  __ Yes  __ No
Conviction Information:
  Date: ____
  By: ____
  As to Count (s): ____

**ADDITIONAL INFORMATION:**
Christopher Gibbons/Karen Boer; Joshua Blanchard; Julia Anne Kelly; Michael Darragh Hills.  Jury trial, day 11. Witnesses: Brandie Bowman, Agent Bates, Agent Eli Bowers, Agent Rebecca Huizinga, Michael Yauk, Adam Yariss, Jeremy Jaskulski. Exhibits admitted: 422, 2303, 240, 224-227, 477, 245, 252, 258, 232, 230, 409, 406, 475, 476, 473, 410, 411, 474, 4157, 4158, 404, 149, 400, 412, 413, 401, 450, 453, 19, 119, 408, 416, 431, 432, 453, 3655, 366, 433, 407, 405, 430, 5220, 3062.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| **CASE TO BE:** | **TYPE OF HEARING:** |
|---|---|
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |