**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| | |
|---|---|
| **USA v.** Adam Fox, Barry Croft, Daniel Harris, Brandon Caserta | **DISTRICT JUDGE:** Robert J. Jonker |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-183 | 3/29/22 | 8:28 - 10:02 a.m.; 10:27 - 11:57 a.m.; 12:26 - 2:07 p.m.; 2:50 - 3:19 p.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils Kessler / Jonathan Roth | See below. | |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute   ☐ nolo contendere
  - ☐ not guilty   ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention   (waived ☐ )
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ✓ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☐ Other: _____

### CHANGE OF PLEA
Charging Document:
  ☐ Read    ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: _____ | Plea Agreement Accepted: ☐ Yes ☐ No |
| Probation: _____ | Defendant informed of right to appeal: ☐ Yes ☐ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal: ☐ Yes ☐ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Christopher Gibbons/Karen Boer; Joshua Blanchard; Julia Anne Kelly; Michael Darragh Hills. Jury trial, day 12. Witnesses: Agent Adam Ayriss, Agent Thomas Szymanski, Joel Kelso, Christopher Carter, Anthony Resendez, Devin Phelps, Adam Cowan, Chelsea Williams, Greg Mrozek. Potential witness Casey Mayan, appearing with Atty. Fagan, and Max Wyckoff, who appears with Atty. Scott Bigger, take the 5th. Potential witness Chastity Knight, appearing with Atty. Karafa, elects not to assert the 5th.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |