UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,         No. 1:20-cr-183

v.               Hon. Robert J. Jonker
               Chief U.S. District Judge

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

   Defendants.
_____/

## UNITED STATES' EXHIBIT LIST

  The United States respectfully submits the following list of exhibits that it admitted during the course of the trial:

| | |
|---|---|
| 1. | Facebook certification of records |
| 2. | January 2020 Fox Facebook photo with flexicuffs |
| 3. | March 2020 Fox Facebook video |
| 4. | April 2020 Croft Facebook post |
| 5. | Picture of Fox at Michigan Capitol |
| 6. | April 2020 Fox Facebook video |
| 7. | Picture of Wolverine Watchmen |
| 8. | |
| 9. | May 1, 2020 Wire chat |
| 10. | May 1, 2020 Wire chat |
| 11. | May 2020 Croft Facebook chat |
| 12. | May 2020 Croft Facebook chat |
| 13. | May 2020 Croft Facebook chat |
| 14. | May 2020 Croft Facebook voice message |
| 15. | May 2020 Croft Facebook voice message |
| 16. | May 2020 Croft Facebook chat |
| 17. | May 12, 2020 Fox Facebook video |
| 18. | May 16, 2020 Fox Facebook post |
| 19. | Oklahoma City meme sent from Joe Morrison to Harris on May 16, 2020 |
| 20. | May 19, 2020 Fox Facebook voice message |
| 21. | May 22, 2020 Facebook post with Governor's address |
| 22. | May 29, 2020 Fox Facebook video |
| 23. | May 30, 2020 Facebook voice message from Croft to Fox |

24. May 31, 2020 Facebook voice message from Croft to Fox
25. June 2, 2020 Facebook voice message from Croft to Fox
26. June 3, 2020 recording
27. June 3, 2020 recording
28. June 3, 2020 recording
29. June 3, 2020 recording
30. June 3, 2020 recording
31. June 4, 2020 Fox Facebook video
32. June 4, 2020 Croft Facebook post
33. June 5, 2020 Fox Facebook post
34. June 6, 2020 recording
35. June 6, 2020 recording
36. June 6, 2020 recording
37. June 6, 2020 recording
38. 
39. June 6, 2020 recording
40. June 6, 2020 recording
41. June 6, 2020 recording
42. Picture of Croft and Fox in Dublin, OH
43. June 8, 2020 Facebook message
44. June 8, 2020 Facebook voice message from Fox to Joe Morrison
45. June 8, 2020 Facebook voice message from Fox to Joe Morrison
46. June 8, 2020 Facebook voice message from Fox to Joe Morrison
47. June 8, 2020 Fox Facebook video
48. Photo of Croft's "Expect Us" tattoo
49. Photo of Croft's Del. Reg. dog tags
50. June 9, 2020 Facebook message from Croft to Pete Musico
51. June 9, 2020 Fox Facebook video
52. June 9, 2020 Facebook voice message from Croft to Fox
53. June 10, 2020 Fox Facebook voice message
54. June 10, 2020 Fox Facebook voice message
55. June 13, 2020 Facebook voice message from Fox to Joe Morrison
56. 
57. June 14, 2020 recording
58. June 18, 2020 picture of Fox
59. June 18, 2020 picture of Harris
60. Vac Shack picture
61. Vac Shack picture
62. Vac Shack picture
63. 
64. June 20, 2020 recording
65. June 20, 2020 recording
66. June 20, 2020 recording
67. 
68. June 21, 2020 Facebook voice message from Fox to Croft
69. June 25, 2020 Fox Facebook video

| | |
|---|---|
| 70. | June 27, 2020 Fox Facebook video |
| 71. | June 29, 2020 Croft Facebook message |
| 72. | July 3, 2020 recording |
| 73. | July 3, 2020 recording |
| 74. | July 3, 2020 recording |
| 75. | July 3, 2020 recording |
| 76. | July 3, 2020 recording |
| 77. | July 7, 2020 recording |
| 78. | Typed codewords |
| 79. | |
| 80. | July 7, 2020 recording |
| 81. | July 10, 2020 recording |
| 82. | July 10, 2020 recording |
| 83. | July 10, 2020 recording |
| 84. | July 10, 2020 recording |
| 85. | July 10, 2020 recording |
| 86. | July 10, 2020 recording |
| 87. | July 10, 2020 recording |
| 88. | Dino's Diner picture |
| 89. | July 11, 2020 picture at Cambria FTX |
| 90. | |
| 91. | Picture of Croft with Boogaloo flag at Cambria |
| 92. | July 11, 2020 recording |
| 93. | July 11, 2020 recording |
| 94. | July 11, 2020 recording |
| 95. | Picture of Croft with tactical gear at Cambria |
| 96. | July 11, 2020 recording |
| 97. | July 11, 2020 picture of IED |
| 98.1 | July 11, 2020 video of IED |
| 98.2 | July 11, 2020 video of IED |
| 99. | July 11, 2020 video |
| 100. | July 11, 2020 recording |
| 101. | July 11, 2020 recording |
| 102. | July 11, 2020 recording |
| 103. | July 11, 2020 video at Cambria FTX |
| 104. | July 11, 2020 video at Cambria FTX |
| 105.1 | July 11, 2020 video at Cambria FTX |
| 105.2 | July 11, 2020 video at Cambria FTX |
| 106. | July 12, 2020 recording |
| 107. | July 12, 2020 recording |
| 108. | July 12, 2020 recording |
| 109. | July 12, 2020 recording |
| 110. | July 12, 2020 recording |
| 111. | Sign-in sheet |
| 112. | July 14, 2020 recording |
| 113. | July 18, 2020 recording |

114. July 17, 2020 Croft Facebook messages
115. July 18, 2020 recording
116. July 18, 2020 recording
117.
118. July 19, 2020 Wire chat
119. July 19, 2020 Wire chat
120. July 22, 2020 Fox Facebook message
121. July 23, 2020 recording
122. July 24, 2020 recording
123. July 24, 2020 recording
124. July 26, 2020 Fowlerville FTX video
125. July 26, 2020 Fowlerville FTX video
126. July 26, 2020 Fowlerville FTX video
127. July 27, 2020 recording
128. July 27, 2020 recording
129. July 28, 2020 Franks and Caserta Facebook messages
130. August 1, 2020 Garbin video
131. August 1, 2020 recording
132. August 2, 2020 recording
133. August 4, 2020 recording
134. Pictures of Luther site
135. Picture of tire wall
136. Picture of tire wall
137. August 9, 2020 Fox Facebook chat
138. August 9, 2020 recording
139. August 9, 2020 recording
140.
141. August 9, 2020 Wire chat
142. August 10, 2020 Wire chat
143.
144. Caserta phone call with reporter
145. August 10, 2020 Wire chat
146. August 14, 2020 Wire chat
147.
148.
149. Shotgun barrel recovered from Harris' house
150.
151. July 19, 2020 Signal chat between Harris and Croft
152. August 16, 2020 recording
153. August 16, 2020 recording
154. August 16, 2020 Signal chat
155.
156. August 17, 2020 Wire chat
157.
158. August 17, 2020 recording
159. August 17, 2020 recording

160. August 17, 2020 recording
161.
162. August 18, 2020 recording
163. August 19, 2020 Wire chat
164. August 21, 2020 Wire chat
165. August 23, 2020 recording
166. August 23, 2020 recording
167. August 23, 2020 recording
168. August 23, 2020 recording
169. August 23, 2020 recording
170. August 23, 2020 Threema chat
171. August 23, 2020 Threema chat
172.
173. August 29, 2020 picture of truck at Governor's house
174. August 29, 2020 video surveillance at Governor's house
175. August 30, 2020 Wire chat with surveillance pictures from Fox
176.
177.
178.
179.
180.
181.
182.
183.
184.
185.
186.
187. August 29, 2020 picture of Fox drawing map
188.
189. Map of Governor's house drawn by Fox
190. August 29, 2020 video of Governor's house
191. August 29, 2020 picture of Fox at lake
192. August 29, 2020 picture of boat launch
193. August 29, 2020 picture at police station
194. August 29, 2020 recording
195. August 29, 2020 recording
196. August 29, 2020 recording
197. August 29, 2020 recording
198. August 29, 2020 recording
199. August 29, 2020 recording
200. August 29, 2020 recording
201. August 29, 2020 recording
202. Red Bull Tavern picture
203.
204. August 29, 2020 weapons handling video of Fox
205.

206.
207.
208.    September 4, 2020 Threema chat
209.
210.
211.
212.
213.    September 4, 2020 Threema chat
214.
215.    September 7, 2020 recording
216.    September 7, 2020 recording
217.    September 7, 2020 recording
218.    September 7, 2020 recording
219.    September 11, 2020 recording
220.    September 11, 2020 recording
221.    September 2020 recording of Harris and Garbin
222.    September 11, 2020 recording
223.    September 11, 2020 recording
224.    September 12, 2020 explosion video from Red
225.    September 12, 2020 explosion video from Red
226.    September 12, 2020 recording
227.    September 12, 2020 recording
228.    September 12, 2020 recording
229.    September 12, 2020 recording
230.    September 12, 2020 picture of Fox under bridge
231.    Digital scan video of bridge
232.    Picture of bridge
233.    Picture of Fox under bridge
234.
235.    Picture of VFW
236.
237.
238.    Map
239.    Recreation of night-vision signaling
240.    September 12, 2020 training video
241.
242.    September 12, 2020 dash cam video
243.    September 12, 2020 dash cam video
244.    September 12, 2020 recording
245.    September 12, 2020 recording
246.
247.    Video of extraction route recreation
248.    September 12, 2020 recording
249.    September 12, 2020 recording
250.    September 12, 2020 recording
251.    September 12, 2020 recording

252. September 12, 2020 recording
253. September 12, 2020 recording
254. September 13, 2020 recording
255. September 13, 2020 recording
256. September 13, 2020 recording
257. September 13, 2020 recording
258. September 13, 2020 recording
259.
260. September 13, 2020 recording
261.
262. September 13, 2020 recording
263. September 13, 2020 recording
264. September 13, 2020 recording
265. September 15, 2020 Caserta video
266. September 17, 2020 Threema chat
267.
268.
269.
270. September 19, 2020 recording
271. September 19, 2020 recording
272. September 21, 2020 Wire chat
273. September 21, 2020 Caserta Facebook message
274. September 29, 2020 Caserta video
275. September 30, 2020 Caserta video
276. September 30, 2020 recording
277. September 30, 2020 recording
278. September 30, 2020 recording
279. October 2, 2020 Threema chat
280.
281.
282. October 3, 2020 Threema chat
283. October 2, 2020 taser video
284.
285. October 7, 2020 Caserta video
286. Picture of Confederate flag
287. Picture of Confederate flag
288. Confederate flag
289. Cypher code from Luther
290.
291. Pennies and frag
292. Metal staples
293. Electrical tape
294. Paper targets
295.
296. Garbin's SLC rifle
297. Ghost gun shipping boxes

298.    Commander-in-Chief mortar launcher
299.    Night vision goggles
300.    Tactical kit
301.    Helmet
302.
303.    Caserta's Hawaiian shirt
304.
305.
306.    Picture of white board
307.    Picture of closet
308.
309.    Picture of bag
310.    Picture of gear
311.    Picture of books
312.    Picture of Caserta's AR pistol with optic
313.    Picture of Caserta' assault rifle
314.    Picture of Caserta's assault rifle
315.    Picture of Caserta's Glock pistol
316.    Caserta's Assault rifle
317.    Caserta's Glock Model 17 Gen 5 pistol
318.    Picture of anarchy flag
319.    Picture of supply list, cipher, book
320.    Picture of magazines and holsters
321.    Picture of plate carrier
322.    Picture of ammunition
323.
324.
325.    Plate carrier
326.    Tactical belt
327.    Anarchy flag
328.    Picture of tactical belt
329.    Picture of work locker
330.2   October 7, 2020 video of Croft interview
331.    Picture of fireworks receipt from Croft's truck
332.    Picture of 3% patches
333.    Tri-corner hat
334.    Bag
335.    Hawaiian shirt
336.    Croft's Glock Model 20 Gen 4 10mm pistol
337.    Croft's Standard Manufacturing 12-gauge shotgun
338.    Firework
339.    Red bag and contents
340.
341.    Picture of red bag
342.    Picture of contents of red bag
343.    Picture of cipher

344. Picture of shotgun and fireworks
345. Picture of smokeless powder
346. Picture of BBs
347. Picture of smokeless propellant
348. Picture of exploding targets
349. Picture of bag from truck
350. Picture of 10mm Glock with extended magazine
351. Picture of Hawaiian shirt
352. Picture of Croft identification in tri-corner hat
353. Picture of bag from truck
354. Picture of bag from truck
355. Picture of bag from truck
356. Picture of bag from truck
357. Extraction from Croft phone – vote meme
358. Extraction from Croft phone – shotgun
359. Extraction from Croft phone – Croft
360. Extraction from Croft phone – message
361. Extraction from Croft phone – message
362. Extraction from Croft phone – message
363.
364.
365. Fox's iPhone
366. Stun gun
367. Fox's Forias Taurus 9mm pistol
368. Fox's Palmetto Model PA-15 rifle
369. Hawaiian shirt
370. Picture of kit and boots
371. Picture of weapons
372. Picture of kit
373. Helmet
374. Vest
375. $600 U.S. currency
376. Picture of knives, plans, pistol
377. Handwritten notes
378. Belt
379. Picture of backpack
380. Backpack and contents
381. Picture of plate carrier
382.
383. Picture of Fox's rifle
384. Picture of backpack contents
385. Picture of backpack contents
386. Picture of backpack contents
387. Picture of Hawaiian shirt
388. Picture of red tactical bag and magazines
389. Picture of Franks' M4

| | |
|---|---|
| 390. | Picture of Hawaiian shirt |
| 391. | Picture of tactical belt |
| 392. | Franks' tactical belt |
| 393. | Franks' Glock 19 pistol |
| 394. | Franks' Aero Precision, LLC Model M4E1 rifle with suppressor |
| 395. | Plate carrier |
| 396. | Hawaiian shirt |
| 397. | Night-vision goggles |
| 398. | Polymer 80 Ghost guns |
| 399. | |
| 400. | Ghillie suit |
| 401. | Harris' Anderson Manufacturing 15 short-barreled rifle |
| 402. | |
| 403. | $366 U.S. currency |
| 404. | Hawaiian print holster |
| 405. | Cell phone |
| 406. | Helmet |
| 407. | |
| 408. | Harris messages with LC |
| 409. | Plate carrier |
| 410. | Backpack |
| 411. | Tactical belt |
| 412. | Picture of Harris' short-barreled rifle |
| 413. | Picture of Harris' short-barreled rifle |
| 414. | Picture of Harris' Glock pistol |
| 415. | Picture of Harris' Glock pistol |
| 416. | Harris' messages with TB |
| 417.1 | Video of Governor's residence |
| 417.2 | Video of Governor's residence |
| 418. | Picture of Fox with rifles |
| 419. | Six map screenshots found in Fox's phone |
| 420. | Business card screen capture from Fox's phone |
| 421. | Video of Fox |
| 422. | Summary of chat messages |
| 423. | Garbin picture |
| 424. | Caserta picture |
| 425. | Croft picture |
| 426. | Fox picture |
| 427. | Franks picture |
| 428. | Harris picture |
| 429. | Croft's cell phone |
| 430. | Firearm |
| 431. | Video of Harris practicing weapons handling |
| 432. | Video of Harris practicing weapons handling |
| 433. | $365 U.S. currency |
| 434. | |

435. Fox video
436. August 28, 2020 Wire message from Fox
437. Fox Facebook image
438. III% Facebook image
439. Picture of contents of red bag from Croft's home
440. May 7, 2020 Croft Facebook post
441. June 6, 2020 recording
442.
443. September 19, 2020 Threema chat
444. Fox Facebook messages with MK
445.
446.1 FBI recreation of explosion (slow)
446.2 FBI recreation of explosion (regular speed)
447. Picture of firework
448. Target silhouette
449. August 28, 2020 Wire message from Fox
450. Picture of Harris' rifle
451. Harris' pistol
452. Fox's business card
453. Harris' M1938 Russian 7.62 x 54R rifle
454. Croft's cell phone
455. Croft's pistol
456.
457. Caserta Facebook message
458. Caserta Facebook message
459. Caserta Facebook message
460. Caserta Facebook message
461. Caserta Facebook message
462. Picture of Harris on hike
463. Caserta Facebook message
464. Franks' October 8, 2020 jail call
465. FAFO chat
466. FAFO chat
467. FAFO chat
468. FAFO chat
469. FAFO chat
470. August 20, 2020 recording
471. FAFO chat
472. JM's chat message
473. Picture of backpack
474. Picture of tactical belt
475. Picture of helmet
476. Picture of plate carrier
477. September 12, 2020 recording
478. Picture of Croft's Micro conversion kit
479. Harris' October 27, 2020 jail call

           Respectfully submitted,

           ANDREW BYERLY BIRGE
           United States Attorney

Date:  April 1, 2022      */s/ Jonathan Roth*
           JONATHAN ROTH
           NILS R. KESSLER
           Assistant United States Attorneys
           P.O. Box 208
           Grand Rapids, Michigan 49501-0208
           (616) 456-2404