UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSPEH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.

_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## ORDER

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until October 1, 2022.

**IT IS SO ORDERED**.

Dated:   April 1, 2022        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           CHIEF UNITED STATES DISTRICT JUDGE