UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,

    Defendant.

_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

I.    As to **Count 1**, charging that the defendant, Adam Dean Fox, committed the crime of Conspiracy to Commit Kidnapping, we unanimously find the defendant:

    ☐ ~~Not Guilty~~      ☐ ~~Guilty~~

II.    As to **Count 2**, charging that the defendant, Adam Dean Fox, committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

    ☐ ~~Not Guilty~~      ☐ ~~Guilty~~

DATED: 4/8/22

    [signature redacted]
    Juror # 58
    JURY FOREPERSON

1

Foreman - ███████  Juror #58

Chose to be released and return on Monday

███████████████  4/1/22

4/1/2022
4:05pm

①

Can we get a long corded external speaker for computer?

Hard to hear recordings

4/4/22

Juror # 58

4/4/2022
12:50 pm
②

4-4-22

Page 24

Paragraph labeled 2

Where it says, "rocket having a propellant charge" is the following word "or" a typo correct or, should it be "of"?

4/4/22
1:25 pm

Juror # 58

The word should be "of," not "or." I apologize for the typo. I'm attaching the statutory quote.

Judge Jonker

1:29 pm

③

**(4)** The term "destructive device" means—
**(A)** any explosive, incendiary, or poison gas--
**(i)** bomb,
**(ii)** grenade,
**(iii)** rocket having a propellant charge of more than four ounces,
**(iv)** missile having an explosive or incendiary charge of more than one-quarter ounce,
**(v)** mine, or
**(vi)** device similar to any of the devices described in the preceding clauses;

Can we please request a dictionary?

[REDACTED]

Juror # 58

4/4/22
2:25 pm

The general rule is that "books, like a dictionary," are outside influences that cannot be a part of your deliberations. See Page 48 of the Jury Instructions. If there is a more specific question you can frame, we may be able to respond more concretely.

*Judge Jonker*

2:29 pm

Can we get a legal description of a "weapon"

Juror # 58

4/4/21

2:36 pm

(5)

Jury request that we break for the day.

4/4/22

4:25 pm

Juror # 58

6

Is the jury able to view the witness transcripts?

[redacted signature]   4/4/22

Juror # 58   4:42pm

(1)

Can we please get 2 more copies of jury instructions?

Juror # 58

4/5/22

8:39 am

⑧

Please send Brad to assist
w/ tech issues

Thumb drive is not loading

4/5/22

8:47 am

Juror # 58

(9)

The jury requests that we end for the day

4/5/22
4:36 pm

Juror # 58

10

Jury requests that we finish for the evening

4/6/22
4:45 pm

Juror # 58

(11.)

The jury would like to finish for the day.

4/7/22
4:37 pm

Juror # 58

12

Can the Jury view the evidence of the pennies.

4/7/22

4:37 pm

Juror # 58

13

4/8/22

We have come to a decision on several counts however are locked on others. How should we proceed from here?

4/8/22

10:35am

Juror # 58

(14)

After using the suggestions of the Court, we are still unable to reach a unanamous decision on several counts

Juror # 58

4/8/22

1:40 pm

15

We are ready to read the verdicts we have reached a unanamous decision on.

— Jury

[signature redacted]
Juror # 58

4/8/22
5:04 pm

(16)