UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX and,
BARRY GORDON CROFT JR.,

    Defendants.
_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## ORDER

The Court will hear Defendants' Motion for Acquittal at **10:00 a.m. on June 14, 2022**. The Court observes that parties have comprehensively briefed the issues, and expects limited need for additional oral argument. The parties should be prepared to address logistical questions regarding duration and timing of re-trial if the Court denies the motions.

Dated: May 20, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE