UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,　　　　　　　　　　Case No. 1:20–cr–183

v.　　　　　　　　　　　　　　　　Hon. Robert J. Jonker

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Acquittal (ECF No. 630) |
| Date/Time: | June 30, 2022   02:00 PM *(previously set for 6/14/22)* |
| Chief Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

                                             ROBERT J. JONKER
                                             Chief United States District Judge

Dated:  May 25, 2022　　　　By:　  /s/ Susan Driscoll Bourque
                                                             Case Manager