UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE No. 1:20-CR-183

v.

HON. ROBERT J. JONKER

ADAM DEAN FOX, and
BARRY GORDON CROFT, Jr.,

    Defendants.

_____/

## ORDER

The matter came up for hearing on June 30, 2022, on Defendants Croft and Fox's Renewed Motions for Acquittal under FED. R. CRIM. P. 29(c).  (ECF Nos. 629 and 630).  For the reasons recited from the bench, the motions (ECF Nos. 629 and 630) are **DENIED.**

    **IT IS SO ORDERED.**

Dated:   July 1, 2022              /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             CHIEF UNITED STATES DISTRICT JUDGE