# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Adam Dean Fox and Barry Gordon Croft, Jr. | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-183 | 7/26/22 | 2:01 - 3:17 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler / Chris O'Connor | Defendant: | Counsel Designation: |
|---|---|---|

### TYPE OF HEARING / DOCUMENTS / CHANGE OF PLEA

**TYPE OF HEARING**
- [ ] Arraignment:
  - [ ] mute    [ ] nolo contendere
  - [ ] not guilty    [ ] guilty
- [✓] Final Pretrial Conference
- [ ] Detention    (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: _____

**DOCUMENTS**
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: _____

**CHANGE OF PLEA**
Charging Document:
- [ ] Read    [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

| Imprisonment: _____ | Plea Agreement Accepted:  [ ] Yes  [ ] No |
| Probation: _____ | Defendant informed of right to appeal:  [ ] Yes  [ ] No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal:  [ ] Yes  [ ] No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ |
| | As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Defense appearances: Christopher Gibbons / Karen Boer (Fox) and Josh Blanchard (Croft).

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Jean Ann Hamlin | **Case Manager:** S. Bourque |