IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs.

ADAM FOX and
BARRY CROFT,

    Defendants

Case No.  1:20-CR-183

HON. ROBERT J. JONKER
Chief Judge United States District Court

-------------------------------------------------------------------------------------------------------------------------/

Lawrence J. Phelan (P37493)
Attorney for Stephan Robeson
14080 Windemere NW
Walker, MI 49534
(616) 293-3070

Nils Kessler
Assistant United States Attorney
110 Michigan St NW
Grand Rapids, MI 49503
(616) 456-2438

-------------------------------------------------------------------------------------------------------------------------/

DECLARATION

NOW COMES witness Stephan Robeson and states as follows:

I have been compelled to appear in the Western District of Michigan in case number 1:12-cr-183 on subpoena issued by the Court requiring my appearance to provide testimony at trial.

By my signature below, I hereby assert, invoke, or otherwise claim my rights under the 5th Amendment to the United States of Constitution to not be compelled to offer testimony that may be incriminating.

I hereby consent and authorize my attorney, Lawrence J. Phelan, to present this assertion of my 5th Amendment privilege in response to the Subpoena referenced above so that the assertion of my right to not testify in this cause in lieu of my personal appearance.

_____
Stephan Robeson


_____
Lawrence J. Phelan
Attorney for Stephan Robeson
14080 Windemere NW
Walker, MI 49534
(616) 293-3070