UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX and
BARRY GORDON CROFT, JR.,

    Defendants.
_____/

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

## ORDER

The Court received a note hand delivered to chambers at about 4:06 p.m. on August 17, 2022.  The note is from a reporter asking for non-public information about the case.  Apart from written Orders and statements in open court, the Court does not and cannot ethically provide such information or otherwise comment on a pending case.  Neither parties nor non-parties should make inquiries to chambers that invite the Court to violate this rule.

To ensure notice to the parties and a complete record, the Court attaches a copy of the note as Exhibit A.  The Clerk of Court shall file Exhibit A on a restricted access basis.  The text of this Order should be filed on the public record.

Dated:   August 18, 2022          /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                                UNITED STATES DISTRICT JUDGE