UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX and
BARRY GORDON CROFT, JR.,

    Defendants.
_____/

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

**ORDER**

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until February 23, 2023.

**IT IS SO ORDERED**.

Date:   August 23, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE