UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM DEAN FOX,

       Defendant.
_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

I.    As to **Count 1,** charging that the defendant, Adam Dean Fox, committed the crime of Conspiracy to Commit Kidnapping, we unanimously find the defendant:

       ☐ Not Guilty      ☒ Guilty

II.    As to **Count 2,** charging that the defendant, Adam Dean Fox, committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

       ☐ Not Guilty      ☒ Guilty

DATED: 8/23/2022

#13

1

Jury instructn
Pages 17 - 25
on tv.

12:21 pm

3.01A
A
#2  ii
#3  iii

more clarification if possible
on these two
    page 18    #13

                     8:50 am.

It would help if you can be more
specific about the Clarification you
need. — Judge Jonker
                   8:52 am

Can we get a document that Shows us the Superseding Indictment Charges

I'm attaching the Superseding Indictment Charges at issue. If you are looking for something else, please let me know.

Judge Taylor

#13

10:52

We have Come to a Verdict to the Counts that have been Put against the defendant

11:15am #13