## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Adam Dean Fox & Barry Gordon Croft, Jr.   **DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-183 | 8/23/22 | 8:29 - 8:35 a.m.; 11:34 - 11:48 a.m. | Grand Rapids | |

### APPEARANCES

**Government:** Nils Kessler / Chris O'Connor

**Defendant:**

**Counsel Designation:**

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendre
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention   (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [x] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: _____

### CHANGE OF PLEA
Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted:  __Yes  __No
Defendant informed of right to appeal:  __Yes  __No
Counsel informed of obligation to file appeal:  __Yes  __No

Conviction Information:
Date: _____
By: _____
As to Count (s): _____

**ADDITIONAL INFORMATION:**
Jury trial, day 11. Defendants found guilty per Verdict Forms.

Defense counsel: Chris Gibbons/Karen Boer (Fox) / Josh Blanchard (Croft)

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |