UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    CASE No. 1:20-CR-183

ADAM DEAN FOX,                          HON. ROBERT J. JONKER
BARRY GORDON CROFT, JR.,

    Defendants.

_____/

## ORDER

This Court's Orders (ECF Nos. 726, 727 and 729) provide that any filings "involv[ing] jurors, individually or as a group, shall be filed on a restricted access basis, available only to the parties and the Court, pending further Order of the Court." Consistent with that direction, a final and certified version of the in-chambers transcript referenced in footnote 4 of this Court's Orders (ECF Nos. 711 and 712) has been filed on a restricted access basis. Attached as Exhibit A to this Order is that transcript redacted to limit personally identifying information of the subject juror and building security information. The Court is satisfied that the redacted transcript can be a public filing at this time.

    **IT IS SO ORDERED**.

Dated:   August 26, 2022              /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE