UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX, and
BARRY GORDON CROFT, JR.,

    Defendants.

_____/

CASE No. 1:20-CR-183

HON. ROBERT J. JONKER

## ORDER

    This Court's Orders (ECF Nos. 726, 727 and 729) provide that any filings "involv[ing] jurors, individually or as a group, shall be filed on a restricted access basis, available only to the parties and the Court, pending further Order of the Court." Consistent with that direction, a defense Motion for New Trial and for a *Remmer* Hearing has been filed on a restricted access basis. (ECF No. 745). Attached as Exhibit A to this Order is a copy of the defense filing redacted by the Court to limit personally identifying juror information. The Court has included in brackets general information about the redactions. The Court is satisfied the redacted version can be a public filing at this time.

    The government response to the defense motion is due within 14 days of service, as specified by Local Rule (Crim.) 47.2(c). Consistent with the Orders of the Court, the government must file its response on a restricted access basis, available only to the Court and counsel for the moving defendants. The Court will then redact personally identifying information as necessary

before releasing a redacted public version, as the Court has done with the transcript of the in chambers hearing, and the defense motion.

**IT IS SO ORDERED.**

Dated:  September 8, 2022                             /s/ Robert J. Jonker
                                                                          ROBERT J. JONKER
                                                                          UNITED STATES DISTRICT JUDGE