UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX, and
BARRY GORDON CROFT, JR.,

    Defendants.

_____/

CASE No. 1:20-CR-183

HON. ROBERT J. JONKER

## ORDER

This Court's Orders (ECF Nos. 726, 727, 729 and 749) provide that any filings involv[ing] jurors, individually or as a group, shall be filed on a restricted access basis, available only to the parties and the Court, pending further Order of the Court." Consistent with that direction, the government filed its Response to Defendants' Motion for New Trial on a restricted access basis.  (ECF No. 758). Attached as Exhibit A to this Order is a copy of the government filing redacted by the Court to limit personally identifying juror information. The Court is satisfied the redacted version can be a public filing at this time.

**IT IS SO ORDERED.**

Dated:  September 21, 2022    /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE