DATE:       2020/9/30

TIME:       9:26 - 9:59

FILE NAME:      WS117678


Adam Fox
CHS Dan


CHS Dan:    Now, talking like the, the money avenue for bringing some up to Red on, on the seventh.

Adam Fox:   Mmm hmm.

CHS Dan:    You know, I talked with a, Beaker even said we can use, we've got a little bit of a pool kind of thing going.

Adam Fox:   Okay.

CHS Dan:    So.

Adam Fox:   How much you want me to come with bro?

CHS Dan:    However much you're comfortable with. I think we, I think we might have just a couple hundred just to, I think this is more of a good faith for, for him. He's not expecting anything.