**Attachment A (Adam Fox)**

| CATS ID 21-FBI-000510 (Defendant Adam Dean Fox) | | | |
|---|---|---|---|
| 1B | Item | Seizure Date | Seizure Location |
| 1B22 | Magazine | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B23 | 17 rounds of 9mm ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B26 | 1 round of .223 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B28 | 5.56 Pmag 30 | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B29 | 27 rounds of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B31 | 6 5.56 caliber magazines | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B32 | 177 rounds of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B36 | Part for a rifle, Picatinny rail | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B43 | 1 green ammo can, labeled 5.56 x 45 containing bag of rifle rounds | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B44 | 4 boxes of 5.56 PMC ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B45 | 8 rifle magazines | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B46 | Box of 100 rounds of Remington 9mm ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B47 | 187 rounds of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B51 | Plastic ammo box containing: 3 boxes of PMC 5.56 ammunition; 21 rounds of 9mm ammunition in a Blazer ammunition box; 37 rounds of 30-30 ammunition in 2 boxes | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B55 | 6 rounds of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B55 | 17 rounds of 9mm ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |

**Attachment A (Adam Fox)**

| 1B63 | PSA 16" M4 Carbine 556 Natio 1:7 Nitride 13.5" M-Lok Freedom Upper, with Truglow optics | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
|---|---|---|---|
| 1B64 | 1 round of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B66 | 1 cartridge case, 30-30 caliber | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B68 | 5.56 rifle magazine | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B69 | 30 cartridges 5.56 caliber | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B70 | 1 9mm magazine | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B71 | 11 rounds of 9mm ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B73 | 1 round of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B76 | 3 rifle magazines and green magazine pouch | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B77 | 58 rounds of 5.56 ammunition | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B21 | Taurus G2C 9mm handgun, S/N TMA82082 | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B67 | Palmetto State Armory PA-15 multi (556/223) caliber Rifle with Holosun Optic and Sling, S/N HP053563 | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B65 | Marlin Rifle Firearms with Mueller Scope 30AS 30/30 Win, S/N 14019745 | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |
| 1B27 | Smith & Wesson M&P 15 556 Rifle, S/N TE37938 | 10/07/2020 | 3601 S. Division Ave Wyoming, MI |

**CATS ID 21-FBI-000511 (Defendant Adam Dean Fox)**

| 1B | Item | Seizure Date | Seizure Location |
|---|---|---|---|
| 1B86 | FN American LLC 509 9mm handgun, S/N GKS0136505 | 10/30/2020 | 2040 Riley Street Hudsonville, MI |
| 1B87 | Panzer Arms AR TWELVE, 12-gauge shotgun, S/N YD-20-09702 | 10/30/2020 | 2040 Riley Street Hudsonville, MI |