Case No. 23-1014

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ADAM DEAN FOX

    Defendant - Appellant

Upon consideration of the motion of Christopher Gibbons to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 13, 2023

_____

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/13/2023.

**Case Name:**   USA v. Adam Fox
**Case Number:**   23-1014

**Docket Text:**
ORDER filed granting motion to withdraw as counsel [6929931-2] filed by Mr. Christopher M. Gibbons. New counsel will be appointed for the appellant under the criminal justice act.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Adam Dean Fox
1035 East James Street
White Cloud, MI 49548

**A copy of this notice will be issued to:**

Ms. Ann E. Filkins
Mr. Christopher M. Gibbons
Mr. Nils R. Kessler